# EXHIBIT 1

# Joe Reiter

**Subject:** FW: Monster v. VPX / Owoc

**From:** Timothy Branson <tbranson@grsm.com>
**Sent:** Monday, March 25, 2019 4:58:56 PM
**To:** Steve Feldman
**Subject:** RE: Monster v. VPX / Owoc

Hi Steve, sorry for the delay here. Before I confirm with the client on this, can you please send us a copy of the proposed amended complaint? Thanks.

---

**TIMOTHY K. BRANSON** | Partner

**GORDON & REES**

**SCULLY MANSUKHANI**

101 W. Broadway, Suite 2000

San Diego, CA 92101

D: 619-230-7441

633 West Fifth Street, 52nd Floor

Los Angeles, CA 90071

**tbranson@grsm.com**

**vCard** | **Bio**

Alabama | Arizona | California | Colorado | Connecticut | Delaware | District of Columbia
Florida | Georgia | Illinois | Kentucky | Louisiana | Maryland | Massachusetts | Michigan
Missouri | Montana | Nebraska | Nevada | New Jersey | New York | North Carolina | Ohio
Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina | South Dakota
Tennessee | Texas | Utah | Virginia | Washington | West Virginia | Wisconsin

**www.grsm.com**

---

**From:** Steve Feldman <sfeldman@hueston.com>
**Sent:** Monday, March 25, 2019 4:17 PM
**To:** Timothy Branson <tbranson@grsm.com>
**Subject:** Re: Monster v. VPX / Owoc

Tim:

I'm following up on my below email. Can you confirm today please?

Thanks,
Steve

**Steven N. Feldman**
**HUESTON HENNIGAN LLP**
—
direct   213 788-4272 |   sfeldman@hueston.com | Bio
523 West 6th St, Suite 400 | Los Angeles, CA 90014

---

**From:** Steve Feldman <sfeldman@hueston.com>
**Date:** Thursday, March 21, 2019 at 6:18 PM
**To:** Timothy Branson <tbranson@grsm.com>
**Subject:** Re: Monster v. VPX / Owoc

Tim:

As we just discussed, Defendants have consented to Monster filing its Amended Complaint.  All we need pursuant to the Federal Rules is written consent, not a formal stipulation.  Please confirm your agreement in writing.

When we spoke, I also explained that we disagreed with your view on personal jurisdiction, and believe that Owoc is subject to personal jurisdiction under applicable case law.

Thanks very much,
Steve

**Steven N. Feldman**
**HUESTON HENNIGAN LLP**
—
direct   213 788-4272 |   sfeldman@hueston.com | Bio
523 West 6th St, Suite 400 | Los Angeles, CA 90014

---

**From:** Timothy Branson <tbranson@grsm.com>
**Date:** Wednesday, March 20, 2019 at 1:29 PM
**To:** Steve Feldman <sfeldman@hueston.com>
**Subject:** Monster v. VPX / Owoc

Steve,

Thanks for taking the time to speak about this case today.  As promised, please see the attached motion to dismiss we filed in the *Imran v. VPX* matter (N.D. Cal), wherein we sought the dismissal of Jack Owoc for lack of personal jurisdiction.  As anticipated, Mr. Owoc was promptly dismissed as a defendant upon receipt of our motion, and the circumstances here are identical.  Please review and consult with your client whether you will voluntarily dismiss him from the case.  Should your client decline and we are forced to proceed with  a 12(b)(2) motion, which as you can see should be unnecessary, we plan to also serve you with a motion for sanctions under Rule 11.  However, I fully expect that we will come to an agreement on this.

Thanks, and let me know you have any questions.

Tim

---

**TIMOTHY K. BRANSON**   | Partner

**GORDON & REES**

**SCULLY MANSUKHANI**

101 W. Broadway, Suite 2000

San Diego, CA 92101

D: 619-230-7441

633 West Fifth Street, 52nd Floor

Los Angeles, CA 90071

**tbranson@grsm.com**

**vCard**  | **Bio**

Alabama | Arizona | California | Colorado | Connecticut | Delaware | District of Columbia

Florida | Georgia | Illinois | Kentucky | Louisiana | Maryland | Massachusetts | Michigan

Missouri | Montana| Nebraska | Nevada | New Jersey | New York | North Carolina | Ohio

Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina | South Dakota

Tennessee |Texas | Utah | Virginia | Washington | West Virginia | Wisconsin

**www.grsm.com**

Alabama * Arizona * California * Colorado * Connecticut * Florida * Georgia * Illinois * Kentucky * Louisiana * Maryland * Massachusetts * Missouri * Nebraska * Nevada * New Jersey * New York * North Carolina * Ohio * Oklahoma * Oregon * Pennsylvania * South Carolina * South Dakota * Texas * Utah * Virginia * Washington * Washington, DC * West Virginia * Wisconsin

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
http://www.grsm.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.