# EXHIBIT A

# *S & N LABS*

| 2021 E. Fourth Street | Santa Ana, California  92705 | (714) 543-2211 |

2 April 2019                                                                        | Job Number: | 22903 |

Hueston Hennigan LLP
523 West Sixth Street, Suite 400
Los Angeles, California  90014

## REPORT

Four cans of Bang Root Beer Blaze with best-by date code 042619 were purchased on 23 January 2019.  Cans of two other Bang flavors were obtained on 21 March 2019.  The contents of these products were tested for several components.  The methods used and results are summarized in the table below.

**Composition (all values in mg/can)**

| Analyte | Method | Root Beer Blaze | Blue Razz | Lemon Drop |
|---|---|---|---|---|
| Creatine (mg/can) | HPLC | ND < 0.06 | ND < 0.3 | ND < 0.15 |
| Creatinine (mg/can) | HPCL | 0.41 | TR < 0.4 | TR < 0.1 |
| Creatyl-L-leucine (mg/can) | HPLC | 34 | (NA) | (NA) |
| CoQ10 (mg/can) | HPLC | 0.5 | (NA) | (NA) |
| Leucine (mg/can) | HPLC | 79 | (NA) | (NA) |
| Isoleucine (mg/can) | HPLC | 18 | (NA) | (NA) |
| Valine (mg/can) | HPLC | 27 | (NA) | (NA) |
| Total BCAA (mg/can) | (calculation) | 124 | (NA) | (NA) |

ND = not detected; TR = trace, below the detection limit stated; NA = not analyzed

*/s/ Neil E. Spingarn*

Neil E. Spingarn, Ph.D.
President