1 | John C. Hueston, State Bar No. 164921
jhueston@hueston.com
2 | Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
3 | Steven N. Feldman, State Bar No. 281405
sfeldman@hueston.com
4 | HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
5 | Los Angeles, CA 90014
Telephone: (213) 788-4340
6 | Facsimile: (888) 775-0898

7 | Attorneys for Plaintiff
Monster Energy Company

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11

12 | MONSTER ENERGY COMPANY, a
Delaware corporation,

| Case No. 5:18-cv-1882-JGB-SHK

13 | Plaintiff,

**APPENDIX A IN SUPPORT OF
PLAINTIFF MONSTER
ENERGY COMPANY'S
MOTION FOR PRELIMINARY
INJUNCTION**

14 | vs.

15

16 | VITAL PHARMACEUTICALS, INC.
d/b/a VPX SPORTS, a Florida
corporation; and JOHN H. OWOC a.k.a.
17 | JACK OWOC, an individual,

Judge: Hon. Jesus G. Bernal
Date: May 13, 2019
Time: 9:00 a.m.

18 | Defendants.

19

20

21

22

23

24

25

26

27

28

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 4/5/2019 | Pit Stop – Weedsport | Weedsport, NY | BANG energy drinks in Monster shelf in cooler |  | Nathan Nielsen ¶¶ 4-7 |

---

[1] This column refers to the declarations of the listed individuals, filed herewith.

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 3/21/2019 | Lehigh Gas (Dunne Manning store) | Dunmore, PA | BANG energy drinks in Monster shelf in cooler |  | Bob Samela ¶¶ 4-5 |
| 3/19/2019 | Walmart Supercenter 5717 | El Paso, TX | BANG energy drinks on Monster's side of shared cooler |  | Mario Chavez ¶¶ 4-5 |

APPENDIX A ISO MONSTER'S MOTION FOR PRELIMINARY INJUNCTION

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|---------------------|------------------------|----------------|
| 3/18/2019 | Walmart Supercenter 1339 | Columbia, SC | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Robert Johnson ¶¶ 6-7 |
| 3/12/2019 | Walmart Supercenter 1863 | Eastlake, OH | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Tim Constable ¶¶ 4-5 |

- 3 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 3/7/2019 | Walmart Store 3102 | Princeton, MN | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Courtney Algama ¶¶ 4-5 |
| 3/5/2019 | Circle K 6313 | Trenton, MI | BANG energy drinks in Monster shelf in cooler |  | William Charles Hamby III ¶¶ 4-5 |

APPENDIX A ISO MONSTER'S MOTION FOR PRELIMINARY INJUNCTION

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 3/5/2019 | Walmart Supercenter 3489 | Rosedale, MD | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Matthew Boccia ¶¶ 6-8 |
| 2/28/2019 | American Gas & Oil | Portland, MI | BANG energy drinks in Monster shelf in cooler |  | Meghan Higbie ¶¶ 4-5 |

- 5 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 2/27/2019 | Walmart Store 1891 | Manchester, CT | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Anthony Cekovsky ¶¶ 4-5 |
| 2/27/2019 | Walmart Supercenter 5626 | Tucson, AZ | BANG energy drinks in shared Monster-Red Bull cooler |  | Ashley Bingham ¶¶ 4-5 |

APPENDIX A ISO MONSTER'S MOTION FOR PRELIMINARY INJUNCTION

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 2/26/2019 | Walmart Supercenter 2412 | Ellicott City, MD | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Matthew Boccia ¶¶ 12-13 |
| 2/26/2019 | Walmart Supercenter 3641 | Springfield, OH | BANG energy drinks on Monster's side of shared cooler |  | Samantha Lodde ¶¶ 6-7 |

- 7 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 2/26/2019 | Walmart 3581 | Zanesville, OH | BANG energy drinks on Monster's side of shared cooler |  | James O'Brien ¶¶ 8-9 |
| 2/25/2019 | Walmart Supercenter 3489 | Rosedale, MD | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Matthew Boccia ¶¶ 6-8 |

- 8 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|---------------------|------------------------|----------------|
| 2/25/2019 | Walmart Supercenter 2045 | Nottingham, MD | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Matthew Boccia ¶¶ 10-11 |
| 2/25/2019 | Walmart Supercenter 1718 | Findlay, OH | BANG energy drinks on Monster's side of shared cooler |  | Samantha Lodde ¶¶ 4-5 |

- 9 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 2/20/2019 | Big Red 116 | Little Rock, AR | BANG energy drinks in Monster space in cooler |  | Aaron Cheney ¶¶ 9-10 |
| 2/20/2019 | Walmart Supercenter 820 | Boonville, MO | BANG energy drinks on Monster's side of shared cooler |  | Hannah Nelson ¶¶ 4, 6-8 |

- 10 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 2/15/2019 | Walmart Supercenter 3332 | Fulton, NY | BANG energy drinks in Monster-Red Bull shared cooler |  | Michael Krajacic ¶¶ 4-5 |
| 2/15/2019 | Walmart Store 1926 | Oswego, NY | BANG energy drinks on Monster's side of shared cooler |  | Michael Krajacic ¶¶ 6-7 |

- 11 -

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 2/15/2019 | Walmart Supercenter 1907 | Hinsdale, NH | BANG energy drinks on Monster's side of shared cooler |  | Steven Castle ¶¶ 4-5 |
| 2/14/2019 | Walmart Supercenter 5450 | North East, MD | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Matthew Boccia ¶¶ 4-5 |

APPENDIX A ISO MONSTER'S MOTION FOR PRELIMINARY INJUNCTION

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|---------------------|------------------------|----------------|
| 2/14/2019 | Walmart Supercenter 820 | Boonville, MO | BANG energy drinks on Monster's side of shared cooler |  | Hannah Nelson ¶¶ 4-6 |
| 2/12/2019 | Walmart Supercenter 2460 | Seaford, DE | BANG energy drinks on Monster's side of shared cooler |  | Gerald Kirby ¶¶ 4-5 |

- 13 -

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 2/6/2019 | AM PM 83191 | Sacramento, CA | BANG energy drinks in Monster shelf in cooler |  | Steve Landry ¶¶ 8-9 |
| 2/4/2019 | Walmart Supercenter 517 | Mustang, OK | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Daniel Hoepfer ¶¶ 4-5 |
| 1/24/2019 | AM PM 5731 | West Sacramento, CA | BANG energy drinks in Monster shelf in cooler |  | Steve Landry ¶¶ 6-7 |

- 14 -

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 1/17/2019 | AM PM 82856 | Culver City, CA | BANG energy drinks in Monster shelf in cooler |  | Gerardo Rico ¶¶ 4-6 |
| 1/17/2019 | AM PM 82708 | Studio City, CA | BANG energy drinks in Monster shelf in cooler |  | Gerardo Rico ¶¶ 7-8 |

- 15 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 1/15/2019 | Walmart Supercenter 4506 | Columbia, SC | BANG on a shelf in the Monster shared cooler | | Robert Johnson ¶¶ 4-5 |
| 1/15/2019 | AM PM 81691 | Woodland, CA | BANG energy drinks in shared Monster-Red Bull cooler |  | Brian Silva ¶¶ 4-6 |
| 1/15/2019 | AM PM 82639 | Woodland, CA | BANG energy drinks in Monster shelf in cooler |  | Brian Silva ¶¶ 7-9 |

- 16 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 1/14/2019 | AM PM 82530 | Orangevale, CA | BANG energy drinks in Monster shelf in cooler |  | Brian Silva ¶¶ 12-13 |
| 1/9/2019 | AM PM 81757 | Roseville, CA | BANG energy drinks in Monster shelf in cooler |  | Brian Silva ¶¶ 10-11 |

- 17 -

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 11/30/2018 | Circle K 2655291 | Elk River, MN | BANG energy drinks in Monster espresso space in cooler |  | Charley Boyum ¶¶ 6-7 |
| 11/14/2018 | Walmart Supercenter 3397 | Miami, FL | BANG energy drinks on Monster side of Monster-Red Bull cooler |  | Jesus Bobe ¶¶ 4-5 |

- 18 -

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 11/9/2018 | Circle K 2656228 | Elk River, MN | BANG energy drinks in Monster shelf in cooler |  | Charley Boyum ¶¶ 4-5 |
| 11/9/2018 | Circle K 1348 | O'Fallon, IL | BANG energy drinks in Monster shelf in cooler |  | Lauren Milliano ¶¶ 4-5 |

- 19 -

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|---|---|---|---|---|---|
| 11/7/2018 | Walmart Supercenter 5 | Conway, AR | BANG energy drinks on Monster's side of shared cooler |  | Aaron Cheney ¶¶ 6-7 |
| 11/7/2018 | Walmart Supercenter 5 | Conway, AR | BANG energy drinks on Monster's warm shelf space |  | Aaron Cheney ¶¶ 6, 8 |
| 10/24/2018 | Duke & Duchess Shoppe 1615 | Columbus, OH | BANG energy drinks in Monster shelf in cooler |  | James O'Brien ¶¶ 4-5 |

APPENDIX A ISO MONSTER'S MOTION FOR PRELIMINARY INJUNCTION

**Appendix A: Observations of BANG in Monster Contracted-For Space**

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 10/24/2018 | Duke & Duchess Shoppe 1630 | Columbus, OH | BANG energy drinks in Monster shelf in cooler |  | James O'Brien ¶¶ 6-7 |
| 10/22/2018 | Circle K 1355 | Collinsville, IL | BANG energy drinks in Monster shelf in cooler |  | William Merritt ¶¶ 4-5 |

## Appendix A: Observations of BANG in Monster Contracted-For Space

| Date | Store | Location | Type of Interference | Picture (if available) | Declaration[1] |
|------|-------|----------|----------------------|------------------------|----------------|
| 9/27/2018 | Big Red 134 | Little Rock, AR | BANG energy drinks in Monster shelf in cooler |  | Aaron Cheney ¶¶ 4-5 |

APPENDIX A ISO MONSTER'S MOTION FOR PRELIMINARY INJUNCTION