# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation; and JOHN H. OWOC a.k.a. JACK OWOC, an individual,<br><br>Defendants. | Case No. 5:18-cv-1882<br><br>Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MONSTER ENERGY COMPANY'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS EXHIBITS IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION AND FOR THE DOCUMENTS TO BE MAINTAINED OUTSIDE ATTORNEYS' EYES ONLY** |

Currently before the Court is Plaintiff Monster Energy Company's ("Monster") Application for Leave to File Under Seal Materials in Support of its Motion for a Preliminary Injunction and for the Documents to be Maintained Outside Attorneys' Eyes Only ("Application").

This Court, having considered Monster's Application, all papers in support and opposition, and good cause appearing therefor, hereby **GRANTS** the Application.

1. Pursuant to L.R. 79-5.2.2(a), the portions of Exhibits 35–36 and 47–55 to the Declaration of Steven N. Feldman in Support of Monster's Motion for a Preliminary Injunction identified in the Application as containing sensitive and proprietary information are to be filed and kept under seal; and

2. Outside counsel for Defendants are ordered to maintain the sealed material "Outside Attorney's Eyes Only" and are prohibited from disclosing the sealed material to anyone, including, but not limited to, Defendant John H. Owoc, Defendant Vital Pharmaceuticals, Inc. ("VPX"), and VPX's in-house counsel.

**IT IS SO ORDERED.**

Dated: _____     _____
Hon. Jesus G. Bernal
United States District Judge