1  M. D. SCULLY (SBN 135853)
   mscully@grsm.com
2  TIMOTHY K BRANSON (SBN 187242)
   tbranson@grsm.com
3  SEAN P. FLYNN (SBN: 220184)
   sflynn@grsm.com
4  HOLLY L.K. HEFFNER (SBN 245384)
   hheffner@grsm.com
5  MICHAEL D. KANACH (SBN 271215)
   mkanach@grsm.com
6  GORDON REES SCULLY MANSUKHANI LLP
   101 W Broadway, Suite 2000
7  San Diego, CA 92101
   Phone: (619) 230-7441
8  Fax: (619) 696-7124

9  MARC J. KESTEN (SBN: 152741)
   FRANCIS MASSABKI (*pro hac vice*)
10 VITAL PHARMACEUTICALS, INC.
   1600 North Park Drive
11 Weston, FL 33326
   Phone: (954) 641-0570
12 Fax: (954) 389-6254
   Legal@vpxsports.com
13
   Attorneys for Defendants
14 VITAL PHARMACEUTICALS, INC., D/B/A VPX SPORTS;
   and JOHN H. OWOC, A.K.A. JACK OWOC
15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18 | MONSTER ENERGY COMPANY, a | CASE NO. 5:18-cv-01882-JGB-SHK
   | Delaware corporation,
19 |                                | **DECLARATION OF DR.**
   |                                | **LIANGXI LI IN SUPPORT OF**
20 |              Plaintiff,        | **DEFENDANTS' OPPOSITION**
   |                                | **TO MONSTER ENERGY**
   |                                | **COMPANY'S MOTION FOR**
21 |     vs.                        | **PRELIMINARY INJUNCTION**
22 | VITAL PHARMACEUTICALS, INC.,
   | d/b/a VPX Sports, a Florida corporation; and
23 | JOHN H. OWOC a.k.a. JACK OWOC, an | Hearing date: June 17, 2019
   | individual,                    | Hearing time: 9:00 a.m.
24 |                                | Judge: Hon. Jesus G. Bernal
   |              Defendants.       | Courtroom: 1
25

26

27

28

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO
PRELIMINARY INJUNCTION                                    Case No. 18-cv-01882

*(left margin, vertical)* Gordon Rees Scully Mansukhani, LLP 101 W Broadway, Suite 2000 San Diego, CA 92101

I, Dr. Liangxi Li, hereby declare:

1.      I am Research & Development Manager at Vital Pharmaceuticals, Inc., d/b/a VPX Sports ("VPX").

2.      I have personal knowledge of the facts set forth below. My knowledge is based upon my professional experience, senior position at VPX, and review of records regularly made or collected at or near the time of the events memorialized thereby and maintained in the ordinary course of VPX's business by individuals with knowledge of the information contained therein. If called and sworn as a witness, I could and would testify competently to the facts stated herein.

3.      I am submitting this declaration in support of VPX's opposition to the motion for a preliminary injunction filed in this action by Monster Energy Company ("Monster").

4.      I began full-time employment at VPX in October 2011, as an associate food scientist, and worked on many products, including chemistry work to develop the Super Creatine® products that VPX sells under the BANG® brand.

5.      My educational and professional experience related to chemistry and organic chemistry dates back more than 20 years.

6.      I received a Bachelor's degree in chemistry from Lanzhou University in 1997.

7.      I received a Master's degree in organic chemistry from Lanzhou University in 2002.

8.      I received a PhD in organic chemistry from Fudan University in 2009.

9.      Starting around May 2009, I began to perform research and testing on behalf of VPX related to its efforts to make beverage containing a stable creatine.  I was involved with and working at the direction of Jack Owoc to assist in developing the creatine amino acid dipeptides that were eventually introduced into VPX's BANG® energy drink products

10.      I was a research associate from September 2009 to January 2010 at

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION                    Case No. 18-cv-01882

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

IUPUI (Indiana University-Purdue University Indianapolis, in Indianapolis, IN) for post-doctorate work, which included research related to the organic synthesis of molecules.

11.     After that, I was a research associate from February 2010 to September 2011 at Texas Tech University Health Sciences Center for additional post-doctorate work, which included synthesizing anti-cancer drugs for drug delivery.

12.     Since that time, I have been working full-time at VPX with respect to the research and development of the BANG® energy drink and VPX's other products.

**Creatine and Super Creatine®**

13.     It is common knowledge that creatine is typically not stable and has low solubility in water.  Initially, after being engaged with VPX's research team in 2009, I spent two or three months performing research and testing related to the development of a possible aqueous stable creatine.  It was not easy to create a stable creatine.  After trying many approaches, I successfully obtained the aqueous stable creatine – Super Creatine®, which is creatine amino acid dipeptides.

14.     I understand that others had previously attempted to create a stable creatine, and I performed a lot of research related thereto.  For example, I understand that creatine sulfate was put into beverages, but, was not stable.  In addition, creatine alone is a complicated compound because it easily converts to creatinine, and it is common knowledge that creatinine that is ingested from the conversion of creatine-creatinine is toxic and provides no benefits.  I understand creatine monohydrate has low solubility and stability in water, so it would not be a good form of creatine for use in beverages that are not consumed immediately after mixing.

**DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**                                    **Case No. 18-cv-01882**

15.     I understand Monster's expert Neil Spingarn states in his declaration[1] that creatine dipeptides could be toxic or therapeutic.  The Creatyl-L-Leucine dipeptide in BANG® energy drinks is safe; indeed, the toxicity studies for this compound on animals were published in "A Toxicological Assessment of Creatyl-l-Leucine,"[2] available at https://www.ncbi.nlm.nih.gov/pubmed/29357766, and it has received the designation of GRAS (Generally Regarded As Safe), which makes it compliant with the Food, Drug, and Cosmetic Act for use in food because VPX has established its safety.

16.     Creatyl-L-Leucine is a form of creatine as shown in U.S. Patent 8,445,466 (the '466 Patent).  There are many different forms of creatine, including for example Creatine EE HCl, N-Acetyl Creatine, creatine HCl, creatine gluconate, creatine citrate, Di creatine malate, creatine nitrate, creatyl-L-glutamine, creatine monohydrate, creatine sulfate, and creatine taurinate.

///
///
///
///
///
///
///
///
///
///
///

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

---

[1] Declaration in Support of Monster's Motion for a Preliminary Injunction.
[2] Reddeman RA, Glávits R, Endres JR, Murbach TS, Hirka G, Vértesi A Béres E, Szakonyiné IP. A Toxicological Assessment of Creatyl-l-Leucine. Int J Toxicol. 2018 Mar/Apr;37(2):171-187. doi: 10.1177/1091581817751142.

4

**DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**                     Case No. 18-cv-01882

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

17.     The images below from the '466 Patent show the chemical formulation of Creatyl-L-Glutamine and Creatyl-L-Leucine:

creatyl-L-glutamine



or
creatyl-L-leucine



18.     Below are images of creatine (left) and leucine (right) chemical formulations:

**DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**                    **Case No. 18-cv-01882**

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

1

2   19.   There is a list of Creatyl-L-Essential Amino acid peptides in the '466

3   Patent on pages 4-6, some of which are copied below, which list shows the

4



6

**DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION
FOR PRELIMINARY INJUNCTION**          Case No. 18-cv-01882

consistent creatine chemical formulation:

20.    Some of these forms of creatine are listed in promotional work by VPX in 2014.[3] In that February 2014 article, VPX referred to both Creatyl-L-Glutamine and Creatyl-L-Leucine as "SUPER CREATINE."  Creatine is also marketed in other forms, such as creatine monohydrate, creatine pyruvate, creatine citrate, creatine malate, creatine taurinate, creatine phosphate, creatine orotate, creatine ethyl ester, creatine pyroglutamate, creatine gluconate, and magnesium creatine chelate.[4] See, e.g., https://www.ncbi.nlm.nih.gov/m/pubmed/28019093/?i=1&from="creatine%20forms.

21.    There are many different forms of creatine for sale in the market, such as, again, creatine monohydrate.  I understand that Monster has stated that: "There are several forms of creatine for use in dietary supplements, including: creatine monohydrate and creatine hydrochloride."  In addition, the following image, prepared by VPX in 2014 (see footnote 3), identifies several forms of creatine.

///

///

///

///

///

///

///

---

[3] "Peptides Gone Wild," Muscular Development, written by VPX (February 21, 2014), available at http://musculardevelopment.com/news/bodybuilding-news/12726-peptides-gone-wild-muscular-development.html#.XNyMcEycE2w.

[4] "Creatine and creatine forms intended for sports nutrition." Department of Food Safety, German Federal Institute for Risk Assessment (BfR), Berlin, Germany. Andres S, et al. Mol Nutr Food Res. 2017 Jun;61(6). doi: 0.1002/mnfr.201600772. (March 30, 2017).

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

## Solubility Data for Various Types of Creatine in HCl

| Dissolution Media (pH = 1.2) | 0.1N HCl in Water |
| --- | --- |
| Media Amount | 900ml |
| Dissolution Temperature | 37°C |
| RPM | 75 |
| Sample Weight | 1.000 Gram |

| Sample Description | Time (Minute) |
| --- | --- |
| Creatine EE HCl - (High Creatinine Conversion) | 0.95 |
| N-Acetyl Creatine - VPX's New Super Creatine™ | 2.17 |
| Creatine HCl | 3.02 |
| Creatyl-L-Leucine – VPX Patented Water Stable Super Creatine™ Peptide | 3.08 |
| Creatine Gluconate | 4.13 |
| Creatine Citrate | 5.32 |
| Di Creatine Malate | 5.35 |
| Creatine Nitrate | 5.77 |
| Creatyl-L-Glutamine – VPX Patented Water Stable Super Creatine™ Peptide | 6.33 |
| Creatine Monohydrate | 9.83 |
| Creatine Taurinate | 10.30 |

18    22.    Monster states in its Motion for a Preliminary Injunction that

19  Monster's expert Neil Spingarn did not detect any creatine after testing multiple

20  formulations of BANG®.  ECF 67, 1:15-16.

21    23.    However, Mr. Spingarn admits in the chart in his declaration that one

22  of the BANG® products contains creatyl-L-leucine.  ECF 67-3, Exhibit 2 (see

23  table copied below).  Mr. Spingarn's chart shows that he did not even test the other

24  two beverages for creatyl-L-leucine, an ingredient listed on the label as SUPER

25  CREATINE®.  *Id*.

26    24.    Further, Mr. Spingarn admits in his declaration that creatyl-L-leucine

27  is a dipeptide, a chemical bound between two amino acids. So, Dr. Spingarn is

28  admitting that BANG®'s Creatyl-L-Leucine contains two amino acids, which are

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION
FOR PRELIMINARY INJUNCTION                                    Case No. 18-cv-01882

creatine and L-leucine, meaning that BANG® contains creatine.

| Composition (all values in mg/can) | | | | |
|---|---|---|---|---|
| **Analyte** | **Method** | **Root Beer Blaze** | **Blue Razz** | **Lemon Drop** |
| Creatine (mg/can) | HPLC | ND < 0.06 | ND < 0.3 | ND < 0.15 |
| Creatinine (mg/can) | HPCL | 0.41 | TR < 0.4 | TR < 0.1 |
| Creatyl-L-leucine (mg/can) | HPLC | 34 | (NA) | (NA) |
| CoQ10 (mg/can) | HPLC | 0.5 | (NA) | (NA) |
| Leucine (mg/can) | HPLC | 79 | (NA) | (NA) |
| Isoleucine (mg/can) | HPLC | 18 | (NA) | (NA) |
| Valine (mg/can) | HPLC | 27 | (NA) | (NA) |
| Total BCAA (mg/can) | (calculation) | 124 | (NA) | (NA) |

ND = not detected; TR = trace, below the detection limit stated; NA = not analyzed

25.    Creatyl-L-Leucine is a creatine dipeptide, which consists of creatine protected by L-leucine to render it more stable and more bioavailable than other forms of creatine.

26.    Since at least as early as August 2015, BANG® products have contained creatyl-L-Leucine.[5]

27.    To my understanding, Monster does not dispute that BANG® currently contains Creatyl-L-Leucine and Monster does not object to VPX including Creatyl-L-Leucine on the current BANG® label.  For example, in E. Deborah Jay's Report, she states that "although BANG does not contain creatine, it does contain Creatyl-L-Leucine." (ECF 67-5, p. 6.)  Dr. Jay explains that she replaced the words "SUPER CREATINE (Creatyl-L-Leucine [Creatine bonded with L-Leucine])" with "Creatyl-L-Leucine" on the ingredients list on the BANG® can.  In contrast, Dr. Jay says she removed what she assumed was misleading from the product packaging, and "replaced with what I understand to be a correct statement." *Id.*  Similarly, she stated, "I understand that BANG does not contain creatine (but does contain Creatyl-L-Leucine)."  Dr. Jay also kept the following statement on the control can: "Stable Aqueous Amide-Protected Bioactive Creatine

[5] The exception is BANG®'s coffee drink, which has different ingredients. BANG® coffee does not contain CLL, BCAA, CoQ10, or vitamin C, B6, B12, or E. VPX does not currently offer a caffeine free coffee variation.

9

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

1  Species – U.S. Patent No. 8,445,466" (See Control Photo 3).

2      28.    Attached hereto is a true and correct copy of Exhibit L1 which is the

3  label for the BANG® Lemon Drop variation which VPX began using in or around

4  August 2015.

5      29.    Before that, since around November 2012, BANG® products

6  contained Creatyl-L-Glutamine – another compound covered by the patent for

7  Super Creatine.

8      30.    Attached hereto is a true and correct copy of Exhibit L2 which is an

9  older version of the BANG® Lemon Drop label which was used from

10  approximately 2012 to 2015.

11      31.    As the older version of the Lemon Drop label shows, the BANG®

12  product contained Creatyl-L-Glutamine at that time.

13      32.    The BANG product label included the text "Stable Aqueous Amide-

14  Protected Bioactive Creatine Species – U.S. Patent No. 8,445,466" next to the

15  

16  Nutrition Facts, as shown below:

17      33.    The ingredients listed Creatyl-L-Glutamine as "mTORC1$^{TM}$ Molecule

18  (Creatyl-L-Glutamine [Patented Amide Protected Creatine/Glutamine Peptide])" as

19

20  

21

22

23

24

25

26

27

28

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION
FOR PRELIMINARY INJUNCTION                Case No. 18-cv-01882

1  shown below:

2      34.    The top of the older can included the text "PATENTED CREATINE-

3  GLUTAMINE PEPTIDE":

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 

26      35.    As discussed above, like Creatyl-L-Leucine, Creatyl-L-Glutamine is a

27  creatine dipeptide which consists of creatine protected by L-Glutamine to render it

28  more stable and more bioavailable than other forms of creatine.

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION
FOR PRELIMINARY INJUNCTION                              Case No. 18-cv-01882

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

36.     The older label also included the word "Creatine" on the side, specifically the phrase: "Power up with BANG's potent brain & body-rocking fuel: Creatine, Caffeine, CoQ10 & BCAAs (Branches Chain Amino Acids)."



37.     With respect to the current BANG packaging, Monster's expert Dr. Jay took the position that the foregoing language – which was used since around 2012 – would need to be changed, stating in her report: "the statement 'Power up with BANG's potent brain & body-rocking fuel: Creatine, Caffeine, CoQ10 & BCAAs (Branched Chain Amino Acids)' on the side of the control can was replaced with what I understand to be a correct statement. The corrected statement was worded in the following manner: 'Power up with BANG's potent brain & body-rocking fuel: Caffeine. Also contains Creatyl-L-Leucine, CoQ10 & BCAAs (Branched Chain Amino Acids).'"

38.     In addition to Creatyl-L-Glutamine and Creatyl-L-Leucine, the BANG® products have other ingredients that also provide benefits consumers are seeking in an energy drink, including caffeine, BCAAs (branched chain amino acids), CoQ10 (Coenzyme Q10), and vitamins (such as vitamin C, vitamin B6,

12

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION                    Case No. 18-cv-01882

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

vitamin B12). Some BANG® products come in caffeine-free variations as well. All these active ingredients work synergistically to contribute to the energy boost for BANG® products.

39.　　VPX has sponsored numerous studies conducted on its products. Below is a list of all such University studies, which includes not only BANG®, but also other VPX products, such as REDLINE, PROTEIN RUSH, MELTDOWN, BANG MASTER BLASTER, SHOTGUN, SYNTHESIZE, etc.

40.　　Recently, VPX sponsored a double-blind, placebo-controlled, crossover trial study of BANG®, performed by Nova Southeastern University, entitled "The Effects of BANG® Energy on Psychomotor Vigilance," by Christopher Horn, Madaline Kenyon, Cassandra Carson, Anya Ellerbrock, Lia Jiannine, Tobin Silver, Corey Peacock, Jaime Tartar, and Jose Antonio. In conclusion, the BANG® energy drink resulted in a significantly lower (i.e., faster) (p<0.05) psychomotor vigilance mean reaction time versus the placebo as well as fewer lapses. Attached hereto as Exhibit L3 is a true and correct copy of the poster presentation for this latest study of BANG®, which is anticipated to be presented next month in June 2019 at the International Society of Sports Nutrition (ISSN) convention.

41.　　These studies are performed by some of the premiere experts in the country such as Dr. Willoughby and Dr. Antonio. For example, Dr. Darryn S. Willoughby, PhD (Director, Exercise and Biochemical Nutrition Laboratory) is one of the premier muscle biologists at Baylor University, and Dr. Jose Antonio, PhD, FACSM, FNSCA, FISSN, is a professor at Nova Southeastern and founder of the ISSN and considered one of the premier experts on caffeine, protein, and creatine metabolism.

## VPX SPONSORED UNIVERSITY STUDIES

(a)　　Jitomir J, Nassar E, Culbertson J, et al. VPX Meltdown® significantly increases energy expenditure and fat oxidation without affecting

DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION
FOR PRELIMINARY INJUNCTION　　　　　　　　　Case No. 18-cv-01882

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

1  hemodynamic variables in a randomized, double-blind, cross-over clinical research

2  trial. Journal of the International Society of Sports Nutrition. 2008;5(Suppl 1):P28.

3  doi:10.1186/1550-2783-5-S1-P28.

4      (b)    Spillane M, Schwarz N, Leddy S, Correa T, Minter M,

5  Longoria V, Willoughby D. Effects of 28 days of resistance exercise while

6  consuming commercially-available pre- and post-workout supplements, NO-

7  Shotgun and NO-Synthesize, on body composition, muscle strength and mass,

8  markers of protein synthesis, and clinical safety markers in males. Nutr Metab

9  (London). 8:78, 2011.

10      (c)    Shelmadine B, Cooke M, Buford T, Hudson G, Redd L,

11  Leutholtz B, Willoughby DS: Effects of 28 days of resistance exercise and

12  consuming a commercially available pre-workout supplement, NO-Shotgun(R), on

13  body composition, muscle strength and mass, markers of satellite cell activation,

14  and clinical safety markers in males. J Int Soc Sports Nutr 2009, 6:16.

15      (d)    Ormsbee MJ, Mandler WK, Thomas DD, et al. The effects of

16  six weeks of supplementation with multi-ingredient performance supplements and

17  resistance training on anabolic hormones, body composition, strength, and power

18  in resistance-trained men. Journal of the International Society of Sports Nutrition.

19  2012;9:49.

20      (e)    Dawes J, Ocker LB, Temple DR, Spaniol F, Murray AM,

21  Bonnette R. Effect of a pre-exercise energy drink (Redline®) on upper-body

22  muscular endurance performance. Journal of the International Society of Sports

23  Nutrition. 2011;8(Suppl 1):P18. doi:10.1186/1550-2783-8-S1-P18.

24      (f)    Jay R Hoffman, Jie Kang, Nicholas A Ratamess, Mattan W

25  Hoffman, Christopher P Tranchina and Avery D Faigenbaum. Examination of a

26  pre-exercise, high energy supplement on exercise performance. Journal of the

27  International Society of Sports Nutrition. 20096:2.

28      (g)    Jay R. Hoffman, Jie Kang, Nicholas A. Ratamess, Stefanie L.

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

Rashti and Avery D. Faigenbaum. Thermogenic Effect of A High Energy, Pre-Exercise Supplement. Kinesiology 40(2008) 2:200-206.

(h)     Brian Klepacki, B Sue Graves and Peter Hellberg. The effect of ingesting a caffeine-enhanced sport drink on resting energy expenditures and blood pressure in females. Journal of the International Society of Sports Nutrition20096(Suppl 1):P6.

(i)     Richard Bloomer, Brian Schilling, Robert Canale, Megan Blankenship, Kelley Hammond and Kelsey Fisher-Wellman. Acute effects of VPX Meltdown® on plasma catecholamines, free fatty acids, glycerol, metabolic rate, and hemodynamics in young men and women. Journal of the International Society of Sports Nutrition20096(Suppl 1):P4.

(j)     Shannan Lynch. The differential effects of a complex protein drink versus isocaloric carbohydrate drink on performance indices following high-intensity resistance training: a two arm crossover design. Journal of the International Society of Sports Nutrition 2013 10:31.

(k)     Bianca Rubin, Joseph Hashim, Sandra Sharp and Jose Antonio. Thermic effect of soy versus whey protein – a pilot trial. Journal of the International Society of Sports Nutrition 2012 9(Suppl 1):P26.

(l)     David Temple, Jay Dawes, Liette Ocker, Frank Spaniol, Donald Melrose and Allison Murray. Effect of a pre-exercise energy drink (Redline®) on muscular endurance of the trunk. Journal of the International Society of Sports Nutrition 2011 8(Suppl 1):P13.

(m)     Jay Dawes, Liette B Ocker, David R Temple, Frank Spaniol, Alison M Murray and Randy Bonnette. Effect of a pre-exercise energy drink (Redline®) on upper-body muscular endurance performance. Journal of the International Society of Sports Nutrition 2011 8(Suppl 1):P18.

(n)     Victoria Ciccone, Kristina Cabrera and Jose Antonio. The effects of pre versus post workout supplementation of creatine monohydrate on

body composition and strength. The effects of pre versus post workout supplementation of creatine monohydrate on body composition and strength. Journal of the International Society of Sports Nutrition 2013 10(Suppl 1):P1.

(o)     Jill Fernandes and Christopher B Scott. Thermic effect of feeding: orange juice vs. a protein drink (240 kcal). Journal of the International Society of Sports Nutrition 2010 7(Suppl 1):P7.

(p)     Jay Hoffman, Jie Kang, Nicholas Ratamess, Stefanie Rashti, Christopher Tranchina, Neil Kelly and Avery Faigenbaum. Thermogenic effect of an acute ingestion of a weight loss supplement. Journal of the International Society of Sports Nutrition 2008 5(Suppl 1):P7.

(q)     Micheil B Spillane, Neil A Schwarz and Darryn S Willoughby. Effects of 8 weeks of Stealth® supplementation on body composition, muscle strength and mass, markers of satellite cell activation, and clinical safety markers in males. Journal of the International Society of Sports Nutrition 2015 12(Suppl 1):P9.

(r)     Brian Klepacki, B Sue Graves and Peter Hellberg. The effect of ingesting a caffeine-enhanced sport drink on resting energy expenditures and blood pressure in females. Journal of the International Society of Sports Nutrition 2009 6(Suppl 1):P6.

(s)     Jose Antonio and Victoria Ciccone. The effects of pre versus post workout supplementation of creatine monohydrate on body composition and strength. Journal of the International Society of Sports Nutrition 2013 10:36.

(t)     Neil A. Schwarz, Sarah K. McKinley-Barnard, and Albert W. Pearsall. A randomized crossover, double-blinded, placebo-controlled study of the effects of acute oral ingestion of Bang® Pre-Workout Master Blaster™ on exercise performance and clinical safety markers. Proceedings of the Fourteenth International Society of Sports Nutrition (ISSN) Conference and Expo Phoenix, AZ, USA. 22-24 June 2017.

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

(u)     Emily Kammerer, Tyler Krings, Stephanie Wojton, Elizabeth Scheckel, Eric Kuklinski, Kelsey Jacobs, Carly Homan, Jenna Veldhuizen, Stephen Siegle, Amanda Wright, Meghan McCann, Dawn Anderson and Lonnie Lowery. The effects of a caffeine-containing beverage on muscle explosiveness during ballistic bench throws. Journal of the International Society of Sports Nutrition 2012 9(Suppl 1):P15.

(v)     Meghan McCann, Amanda Wright, Stephen Siegle, Jenna Veldhuizen, Stephanie Wojton, Kelsey Jacobs, Eric Kuklinski, Tyler Krings, Elizabeth Scheckel, Carly Homan, Emily Kammerer, Dawn Anderson and Lonnie Lowery. The effects of a caffeine-containing beverage on neuromuscular performance during a multi-joint, lower body power exercise. Journal of the International Society of Sports Nutrition 2012 9(Suppl 1):P22.

(w)     Michael J Ormsbee, Emery G Ward, Christopher W Bach, Paul J Arciero, Andrew J McKune and Lynn B Panton. The impact of a pre-loaded multi-ingredient performance supplement on muscle soreness and performance following downhill running. Journal of the International Society of Sports Nutrition 2015 12:2.

(x)     Stefanie Rashti, Jay Hoffman, Jie Kang, Nicholas Ratamess and Avery Faigenbaum. Thermogenic effect of Meltdown RTD™ energy supplement in young healthy college women. Journal of the International Society of Sports Nutrition 2009 6(Suppl 1):P5.

(y)     Jean Jitomir, Erika Nassar, Julie Culbertson, Jen Moreillon, Thomas Buford, Geoffrey Hudson, Matt Cooke, Richard Kreider and Darryn S Willoughby. The acute effects of the thermogenic supplement Meltdown on energy expenditure, fat oxidation, and hemodynamic responses in young, healthy males. Journal of the International Society of Sports Nutrition 2008 5:23.

(z)     Reddeman RA, Glávits R, Endres JR, Murbach TS, Hirka G, Vértesi A Béres E, Szakonyiné IP. A Toxicological Assessment of Creatyl-l-

17

Leucine. Int J Toxicol. 2018 Mar/Apr;37(2):171-187. doi: 10.1177/1091581817751142.

(aa)   Neil A. Schwarz, Sarah K. McKinley-Barnard, and Zachary J Blahnik. A randomized, double-blind, placebo-controlled trial of four weeks of resistance training combined with Bang® Master BlasterTM supplementation on lean body mass, maximal strength, mircoRNA expression, and serum hormones. A randomized crossover, double-blinded, placebo-controlled study of the effects of acute oral ingestion of Bang® Pre-Workout Master Blaster™ on exercise performance and clinical safety markers. Proceedings of the Fourteenth International Society of Sports Nutrition (ISSN) Conference and Expo Clearwater, FL USA. 6-8 June 2018.

## MONSTER ENERGY DRINK STUDIES:

42.   I understand that most Monster Energy Drinks are high sugar energy drinks.  Further, I understand that there are numerous studies reporting that energy drinks with sugar will cause a "crash," including a recent article "Sugar rush or sugar crash? A meta-analysis of carbohydrate effects on mood," Neuroscience & Biobehavioral Reviews, Volume 101, Pages 45-67, Konstantinos, et al. (June 2019), https://www.sciencedirect.com/science/article/pii/S0149763418309175.

43.   I have been informed of studies where Monster Energy drinks were the subject of testing, including failed performance studies and adverse effects:

a)   "Cardiovascular and ride time-to-exhaustion effects of an energy drink." Journal of the International Society of Sports Nutrition, Michael T Nelson, George R Biltz and Donald R Dengel (2014), https://jissn.biomedcentral.com/track/pdf/10.1186/1550-2783-11-2.

b)   "The effect of three different energy drinks on oxygen consumption and perceived exertion during treadmill exercise." Journal of the International Society of Sports Nutrition. Gabriel J Sanders, Willard Peveler, Brady Holmer and Corey A Peacock (September 21, 2015),

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

18

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

https://jissn.biomedcentral.com/articles/10.1186/1550-2783-12-S1-P1.

c) "Evaluation of Monster Energy® Drink Consumption on ECG and Hemodynamic Parameters in Young Healthy Volunteers" U.S. National Library of Medicine (December 30, 2013; Last Update Posted: August 11, 2016).

https://clinicaltrials.gov/ct2/show/NCT02023723.

d) "Randomized Controlled Trial of High-Volume Energy Drink Versus Caffeine Consumption on ECG and Hemodynamic Parameters." J Am Heart Assoc., Fletcher E et. al. (April 26, 2017).

https://www.ahajournals.org/doi/pdf/10.1161/JAHA.116.004448.

e) "Consumption of energy beverage is associated with attenuation of arterial endothelial flow-mediated dilatation" World Journal of Cardiology, World J Cardiol. 162–166, John P Higgins, Benjamin Yang, Nikki E Herrin, Santi Yarlagadda, George T Le, Brandon L Ortiz, Asif Ali, and Stephen C Infanger (February 26, 2017), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5329743/.

44.     All of VPX's BANG® energy drinks are without added sugar, including VPX's coffee drinks, because VPX believes that sugar is not healthy for people and, thus, does not use sugar in its products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of May 2019, in Weston, Florida.

_____
Dr. Liangxi Li

**DECLARATION OF DR. LIANGXI LI IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**                                    **Case No. 18-cv-01882**

1175874/45302140v.1