# Exhibit L1

# BCAA AMINOS • SUPER CREATINE • ULTRA CoQ10



**POTENT BRAIN AND BODY FUEL**

BY THE MAKERS OF THE LEGENDARY
REDLINE ENERGY PRODUCTS

Make no Mistake – BANG® is not your stereotypical high sugar, life-sucking soda masquerading as an energy drink! High sugar drinks spike blood sugar producing metabolic mayhem causing you to crash harder than a test dummy into a brick wall. Power up with BANG's potent brain & body-rocking fuel: Creatine, Caffeine, CoQ10 & BCAAs (Branched Chain Amino Acids).

Life is an Xtreme Sport and BANG® is the Xtreme Energy source to Live Life Xtreme!

  

Not intended for individuals under the AGE OF 18 — Made in USA from Domestic and Imported Ingredients — PATENT 8,445,466



  

**0g** TOTAL CARBS PER CAN — **0** SUGARS PER CAN — **0** CALORIES PER CAN — **0** ARTIFICIAL COLORS

Caution: Do not use this product if you are pregnant or nursing. Do not consume this product if you are taking any prescription drug and/or have any medical condition. The user of this product assumes all liability if this product is used in a manner not consistent with label guidelines.

This product contains caffeine and should not be used with any other caffeine containing products. This product is intended for use by healthy individuals only.

†At the time of manufacturing. Some vitamins are likely to degrade.

©2017 VITAL PHARMACEUTICALS, INC. ALL RIGHTS RESERVED.
To report a serious adverse event or obtain product information, contact 1600 North Park Drive, Weston, FL 33326 USA • (954) 641-0570

VPXSPORTS.COM

  PLEASE RECYCLE



**LEMON DROP**
Natural Flavors
16 fl oz (1 PT) 473 mL

CONTAINS NO FRUIT JUICE

## Nutrition Facts
Serving Size 1 can (16 fl oz [473 mL])

Amount Per Serving

| | | |
|---|---|---|
| Calories 0 | Calories from Fat | 0 |
| | | % Daily Value* |
| **Total Fat** 0 g | | 0%* |
| Saturated Fat 0 g | | 0%* |
| Trans Fat 0 g | | |
| **Cholesterol** 0 mg | | 0%* |
| **Sodium** 40 mg | | 2%* |
| **Potassium** 85 mg | | 2%* |
| **Total Carbohydrate** 0 g | | 0%* |
| Dietary Fiber 0 g | | 0%* |
| Sugars 0 g | | |
| **Protein** 0 g | | |
| Vitamin C 50%† | • | Niacin 25%† |
| Vitamin B6 25%† | • | Vitamin B12 25%† |
| Magnesium 2%† | | |

*Percent Daily Values are based on a 2,000 calorie diet. Not a significant source of vitamin A, calcium and iron.

Stable Aqueous Amido-Protected Bioactive Creatine Species Patent No. 8,445,466,B2

**INGREDIENTS:** Carbonated water, citric acid anhydrous, natural flavors, caffeine anhydrous, sodium benzoate (preserves freshness), potassium citrate monohydrate, sucralose, L-Leucine, potassium phosphate dibasic, vitamin C (ascorbic acid), acesulfame potassium, potassium sorbate (preserves freshness), magnesium chloride, **SUPER CREATINE™** (Creatyl-L-Leucine [Creatine bonded to L-Leucine]), L-isoleucine, L-valine, calcium chloride, calcium disodium EDTA, vitamin B3 (niacinamide), CoQ10 (coenzyme Q10), vitamin B6 (pyridoxine hydrochloride), and vitamin B12 (methylcobalamin).

Contains 2.5 mg of CoQ10.

**Warning:** Too much caffeine may cause nervousness, irritability, sleeplessness, and, occasionally, rapid heartbeat. Not recommended for use by individuals under 18 years of age. One serving of BANG provides 300 mg of caffeine which is more than two cups of coffee.

**0** CALORIES PER CAN

BEST BY DATE AT BOTTOM



6 10764 86357 7  V006