# Exhibit L2







BCAA AMINOS • PATENT
bang®
potent brain and body fuel
BY THE MAKERS OF THE LEGENDARY
REDLINE ENERGY PRODUCTS
Make no Mistake – BANG® is not your stereotypical high sugar, life-sucking soda masquerading as an energy drink! High sugar drinks spike blood sugar producing metabolic mayhem causing you to crash harder than a test dummy into a brick wall. Power up with BANG's potent brain & body-rocking fuel: Creatine, Caffeine, CoQ10 & BCAAs (Branched Chain Amino Acids).
Life is an Xtreme Sport and BANG® is the Xtreme Energy source to Live Life Xtreme!
PATENT 8,445,466
Not intended for individuals under the
AGE OF 18
Made in USA from Domestic and Imported Ingredients
0g TOTAL CARBS PER CAN
0 SUGARS PER CAN
0 CALORIES PER CAN
0 ARTIFICIAL COLORS
Caution: Do not use this product if you are pregnant or nursing. Do not consume this product if you are taking any prescription drug and/or have any medical condition. The user of this product assumes all liability if this product is used in a manner not consistent with label guidelines.
This product contains caffeine and should not be used with any other caffeine containing products. This product is intended for use by healthy individuals only.
*At the time of manufacturing. Some vitamins are likely to degrade.
©2013 VITAL PHARMACEUTICALS, INC. ALL RIGHTS RESERVED.
To report a serious adverse event or obtain product information, contact
1600 North Park Drive, Weston, FL 33326 USA • (954) 641-0570
VPXSPORTS.COM

CONTAINS NO FRUIT JUICE

# Nutrition Facts

Serving Size 1 can (16 fl oz [473 mL])

**Amount Per Serving**

| | | |
|---|---|---|
| Calories 0 | Calories from Fat 0 | |
| | | **% Daily Value** |
| **Total Fat** 0 g | | 0%* |
| Saturated Fat 0 g | | 0%* |
| Trans Fat 0 g | | |
| **Cholesterol** 0 mg | | 0%* |
| **Sodium** 40 mg | | 2%* |
| **Potassium** 85 mg | | 2%* |
| **Total Carbohydrate** 0 g | | 0%* |
| Dietary Fiber 0 g | | 0%* |
| Sugars 0 g | | |
| **Protein** 0 g | | |

| | | |
|---|---|---|
| Vitamin C 50%† | • | Niacin 25%† |
| Vitamin B6 25%† | • | Vitamin B12 25%† |
| Magnesium 2%† | | |

*Percent Daily Values are based on a 2,000 calorie diet.
Not a significant source of vitamin A, calcium and iron.

**Ingredients:** Carbonated water, citric acid anhydrous, natural and artificial flavors, caffeine anhydrous, sodium benzoate (preserves freshness), potassium citrate monohydrate, Sucralose® brand sucralose, L-leucine, potassium phosphate dibasic, vitamin C (ascorbic acid), calcium chloride, acesulfame potassium, potassium sorbate (preserves freshness), calcium disodium EDTA, magnesium chloride, L-isoleucine, L-valine, mTOR C1™ Molecule (Creatyl-L-Glutamine [Patented Amide Protected Creatine/Glutamine Peptide]), vitamin B3 (niacinamide), CoQ10 (coenzyme Q10), vitamin B6 (pyridoxine hydrochloride), and vitamin B12 (methylcobalamin).

BEST BY DATE AT BOTTOM

Stable Aqueous Amide-Protected Bioactive Creatine Species Patent No. 8,445,466.

Contains: 2.5 mg of CoQ10

**Warning:** Too much caffeine may cause nervousness, irritability, sleeplessness, and, occasionally, rapid heartbeat. Not recommended for use by children under 18 years of age. One serving of BANG provides 300 mg of caffeine which is more than three cups of coffee.

0 CALORIES PER CAN

CANS INFINITELY RECYCLABLE™

6 10764 86357 7

402205CC012  EC4128  BNG-86357-C-CC-03