# Exhibit L3

Case 5:18-cv-01882-JGB-SHK   Document 100-3   Filed 05/24/19   Page 2 of 2   Page ID #:2869

# The effects of BANG® energy drink on psychomotor vigilance

NSU Florida — NOVA SOUTHEASTERN UNIVERSITY

Christopher Horn[1], Madaline Kenyon[1], Cassandra Carson[1], Anya Ellerbroek[1], Lia Jiannine[1], Tobin Silver[1], Corey Peacock[1], Jaime Tartar[2], Jose Antonio[1]

[1]Exercise and Sport Science, NSU Florida, Davie FL
[2]Department of Psychology and Neuroscience, NSU Florida, Davie FL

## Design
- Double-blind, placebo-controlled, crossover trial.
- N=20
  - 11 men
  - 9 women
- NOTE: BANG contains 300 mg of caffeine
- Thirty minutes after consuming the drink, each subject performed the motor praxis, push-ups and psychomotor vigilance task.
- 7-day washout between tests
- Note: the placebo tasted similarly; however, it had no caffeine, creatine, or BCAA.

## Take home message
BANG energy drink resulted in a significantly lower (i.e., faster) ($p<0.05$) psychomotor vigilance mean reaction time versus the placebo as well as fewer lapses.

## Subject Characteristics
- Twenty exercise-trained men (n=11) and women (n=9)
- Data are mean±SD
- Age 32±7 years
- Height 169±10 centimeters
- Weight; 74.5±14.5 kilograms
- % body fat 20.3±6.2 %
- Years of training 14±9
- Daily caffeine intake 463±510 milligrams





Figure 1. Psychomotor Vigilance Task
Middle line is the mean. The top and bottom are the min to max. Y-axis is reaction time. The scores are like golf; a lower score is better ☺



Figure 2. Lapses
Middle line is the mean. The top and bottom are the min to max. A "lapse" is defined as failure to respond or a reaction time >500 msec

THANKS to VPX for providing the BANG and placebo drinks