UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **EDCV18-01882-JGB (SHKx)** | Date: January 13, 2020 |
| Title: *Monster Energy Company v. Vital Pharmaceuticals, Inc. et al* | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | CS #4 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Hayes Todisco | Michael D. Kanach (Telephone) |
| Varun Behl | Timothy Branson |
| Eva Weiler | |

**Proceedings:**     TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE

At the request of the parties, the Court held a conference regarding a discovery dispute. Attorneys Michael Hayes Todisco, Varun Behl and Eva Weiler appeared for Plaintiff. Attorney Michael D. Kanach appeared for Defendant, VPX Sports by telephone and Attorney Timothy Branson appeared for Defendant. Following discussion between the Court and counsel, the Court orders the parties to meet and confer regarding a mutually agreed upon briefing schedule pertaining to the issues raised on the record and to provide such briefing schedule to the Court at the parties' convenience.

**IT IS SO ORDERED**

| Initials of Deputy Clerk | DC |
|---|---|
| Time in Court | : 54 |