1  John C. Hueston, State Bar No. 164921
   *jhueston@hueston.com*
2  Moez M. Kaba, State Bar No. 257456
   *mkaba@hueston.com*
3  Steven N. Feldman, State Bar No. 281405
   *sfeldman@hueston.com*
4  HUESTON HENNIGAN LLP
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:  (213) 788-4340
6  Facsimile:   (888) 775-0898

7  Attorneys for Plaintiff
   MONSTER ENERGY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC. c/b/a VPX Sports, a Florida corporation, and JOHN H. OWOC a.k.a. JACK OWOC, an individual,<br><br>Defendants. | Case No. 5:18-cv-1882-JGB-SHK<br><br>Hon. Jesus G. Bernal<br>Hon, Shashi H. Kewalramani<br><br>**DECLARATION OF MICHAEL H. TODISCO IN SUPPORT OF PLAINTIFF MONSTER ENERGY COMPANY AND THIRD PARTIES MARC MILES AND SHOOK, HARDY & BACON L.L.P.'S MOTION TO QUASH DEFENDANT VITAL PHARMACEUTICALS, INC.'S SUBPOENAS** |

- 1 -
DECLARATION OF MICHAEL H. TODISCO

**DECLARATION OF MICHAEL H. TODISCO**

I, Michael H. Todisco, declare as follows:

1. I am an attorney at Hueston Hennigan LLP, Monster Energy Company's counsel of record for in this case. I am a member in good standing of the State Bar of California and am admitted to practice in this Court. I have personal knowledge of the facts set forth herein and could and would testify competently to those facts under oath if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an Instagram post by Defendant Vital Pharmaceuticals, Inc.'s ("VPX") CEO – Defendant Jack Owoc ("Owoc"). Owoc's post was published June 8, 2019 and was posted under the user name @bangenergy.ceo. The post is available at the following link: https://www.instagram.com/p/ByeLSMwg8_S/. I last accessed the link on January 22, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a September 6, 2018 article published by BevNET, a beverage-oriented media company. The article is available at the following link: https://www.bevnet.com/news/2018/monster-energy-sues-vpx-bang-energy-claims. I last accessed the link on January 22, 2020.

4. Attached hereto as **Exhibit 3** are true and correct excerpts from the transcript of the January 13, 2020 hearing on this motion before the Honorable Judge Shashi H. Kewalramani.

5. On or about November 8, 2019, VPX served subpoenas on Monster's former lead counsel in this case (Marc P. Miles) and his law firm (Shook, Hardy & Bacon L.L.P.). To my knowledge, these subpoenas are the first third-party subpoenas that VPX has served since June of 2019, when VPX served several unrelated subpoenas in connection with Monster's motion for a preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of January 2020, at Los Angeles, California.

*/s/ Michael H. Todisco*
Michael H. Todisco