# EXHIBIT A

**Redacted Version of Document Proposed to be Filed Under Seal – For Public Filing**