# EXHIBIT 10 DOCUMENT PROPOSED TO BE FILED UNDER SEAL (ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL)