# EXHIBIT 11 REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

ORIGINAL

MONSTER ENERGY COMPANY,     Case No.
a Delaware corporation,     5:18-cv-1882-JGB-SHK

       Plaintiff,


      v.

VITAL PHARMACEUTICALS, INC.
d/b/a VPX Sports, a Florida
corporation; and JOHN H.
OWOC a.k.a JACK OWOC, an
individual,

       Defendants.

CONFIDENTIAL

      Remote deposition via Zoom of PETER

KENT, taken on Monday, June 21, 2021,

commencing at 8:06 a.m. PST, before Deborah L.

Williams, a Certified LiveNote Reporter and a

Notary Public.



- - -


JOB No. 21-100820

SG THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860  |  323.938.8750

1      UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA

3              -  -  -                    ORIGINAL

4   MONSTER ENERGY COMPANY,     Case No.
    a Delaware corporation,     5:18-cv-1882-JGB-SHK
5
              Plaintiff,
6

7          v.

8   VITAL PHARMACEUTICALS, INC.
    d/b/a VPX Sports, a Florida
9   corporation; and JOHN H.
    OWOC a.k.a JACK OWOC, an
10  individual,

11            Defendants.

12              CONFIDENTIAL

13        Remote deposition via Zoom of PETER

14  KENT, taken on Monday, June 21, 2021,

15  commencing at 8:06 a.m. PST, before Deborah L.

16  Williams, a Certified LiveNote Reporter and a

17  Notary Public.

18

19              -  -  -

20

21

22

23

24

25  JOB No. 21-100820

CONFIDENTIAL TRANSCRIPT

```
 1  A P P E A R A N C E S :

 2  Representing the Plaintiff:

 3          HUESTON HENNIGAN, LLP
            BY: SOURABH MISHRA, ESQUIRE
 4              smishra@hueston.com
            523 West 6th Street, Suite 400
 5          Los Angeles, California 90014
            (949) 356.5536
 6

 7

 8  Representing the Defendants and the Witness:

 9          GORDON REES SCULLY MANSUKHANI, LLP
            BY: TIMOTHY K. BRANSON, ESQUIRE
10              tbranson@grsm.com
            101 West Broadway, Suite 2000
11          San Diego, California 92101
            (619) 696.6700
12

13

14  ALSO PRESENT:

15          Aaron Sonnhalter, Esquire
            Brenda Dandridge - Videotape technician
16

17
                    -   -   -
18

19

20

21

22

23

24

25
```

2

CONFIDENTIAL TRANSCRIPT

```
 1                - - -

 2               I N D E X

 3  WITNESS                              PAGE NO.

 4  PETER KENT

 5     By Mr. Mishra..........................5

 6

 7

 8

 9                - - -

10             E X H I B I T S

11  NO.            DESCRIPTION         PAGE MARKED

12

13  Exhibit 1    Rebuttal expert report..........13

14  Exhibit 2    Printout........................30

15  Exhibit 3    Curriculum vitae................51

16  Exhibit 4    Printout........................93

17  Exhibit 5    Printout.......................107

18  Exhibit 6    Printout.......................116

19

20                - - -

21

22

23

24

25
```

CONFIDENTIAL TRANSCRIPT

1          VIDEOTAPE TECHNICIAN:  Good morning.

2   We are now on the record.  Today's date is

3   June 21, 2021, and the time is 8:06 a.m.

4   Pacific Standard Time.

5          This is the video deposition of

6   Peter Kent being taken in the matter of

7   Monster Energy Company versus Vital

8   Pharmaceuticals, Inc., et al., pending in

9   the United States District Court, Central

10  District of California, Case Number

11  5:18-cv-1882-JGB-SHK.  This deposition is

12  being taken via remote connection on the

13  part of the videographer and the court

14  reporter.  The videographer is Brenda

15  Dandridge of The Sullivan Group of Court

16  Reporters.

17         Would counsel please identify

18  yourselves and state whom you represent.

19         MR. MISHRA:  This is Sourabh Mishra

20  for Plaintiff Monster Energy Company from

21  Hueston Hennigan.

22         MR. BRANSON:  This is Tim Branson

23  from Gordon Rees on behalf of the defendants

24  and representing the deponent today.

25         VIDEOTAPE TECHNICIAN:  Thank you.

CONFIDENTIAL TRANSCRIPT

1    The court reporter is Deborah Williams also

2    of The Sullivan Group, and she may now swear

3    in the witness.

4             -  -  -

5        PETER KENT, after having been duly

6    sworn, was examined and testified as

7    follows:

8             -  -  -

9        MR. MISHRA:  I also just want to

10    state for the record that Monster in-house

11    counsel Aaron Sonnhalter is attending as

12    well.

13           -  -  -

14            EXAMINATION

15           -  -  -

16  BY MR. MISHRA:

17      Q.  Good morning, Mr. Kent.

18      A.  Good morning.

19      Q.  Can you please state your full name

20  for the record?

21      A.  Peter William Kent.

22      Q.  And, Mr. Kent, have you been deposed

23  before?

24      A.  I have.

25      Q.  And how many times have you been

CONFIDENTIAL TRANSCRIPT

1      Q.   Did you have any staff or anyone

2  else assisting you in writing the rebuttal

3  expert report?

4      A.   I did not.

5      Q.   So you reviewed -- strike that.

6           You're aware of Monster's opening

7  expert report submitted by Professor Gregory

8  Carpenter, correct?

9      A.   Yes.

10      Q.   And you reviewed Dr. Carpenter's

11  expert report, correct?

12      A.   Yes.

13      Q.   What did you do -- strike that.

14           Did you review the entirety of Dr.

15  Carpenter's expert report?

16      A.   I'm pretty sure I read every word,

17  but I focused on the areas that were related to

18  my expertise.

19      Q.   Did you form any opinions about the

20  sections of Dr. Carpenter's report that are not

21  related to your expertise?

22      A.   Well, no, my opinions are in the

23  report.  You read the report.  That's what the

24  opinions are.  I don't have opinions related to

25  other areas of his report.

CONFIDENTIAL TRANSCRIPT

1      Q.   Is it fair to say the only section

2  of Dr. Carpenter's report that you have

3  opinions on are his discussion of VPX's social

4  media advertising?

5      A.   Yes, as far as expert opinions, you

6  know, I have personal opinions about different

7  pieces.  But as far as expert opinions go, it's

8  what's in the report, which is the social media

9  stuff.

10      Q.   And specific to VPX's social media

11  advertising, you only offer opinions

12  specifically on Dr. Carpenter's discussion and

13  analysis of VPX's marketing on Instagram,

14  correct?

15      A.   That's correct, because he has a lot

16  of anecdotal information in his report, you

17  know, such-and-such a person on YouTube says

18  this, another person on Twitter says that, that

19  sort of thing, which is hard to respond to.

20  But he -- as far as Instagram goes, he got far

21  more specific with numbers, with data, and so

22  that's what I was able to respond to.

23      Q.   Putting aside whether it's anecdotes

24  or specifics, you did not respond to any of

25  Dr. Carpenter's opinions or discussion relating

CONFIDENTIAL TRANSCRIPT

1    to any social media platform other than

2    Instagram, correct?

3         A.   Well, I believe that's correct, but

4    it's -- it's whatever is in my report.

5              MR. MISHRA:  I'm going to introduce

6       your report as Exhibit 1 to this -- to this

7       deposition.

8                    -  -  -

9              (Whereupon, the document was marked,

10      for identification purposes, as Defendant's

11      Exhibit 1.)

12                   -  -  -

13             MR. MISHRA:  And it's in the chat

14      section, so just let me know when you pull

15      it out, when you have it up, and I will

16      share it as well.  Let me know when you're

17      ready.

18             THE WITNESS:  It's loading.  I'm

19      waiting for it to open.  Yup, I have it

20      open.

21   BY MR. MISHRA:

22        Q.   And is Exhibit 1 your expert --

23   rebuttal expert report served in this case on

24   June 4, 2021?

25        A.   It certainly appears to be.

CONFIDENTIAL TRANSCRIPT

1       Q.   If you'd like to take a second to

2  look through, I'm happy to give it to you, but

3  I just want you to confirm this is your

4  rebuttal expert report.

5       A.   Okay.  I didn't read every word, but

6  it certainly seems to be my report.

7       Q.   On page 3 of your rebuttal expert

8  report, you state -- sorry -- yeah, you state

9  that you were engaged to review and analyze

10  certain evidence and provide opinions relating

11  to various issues in this case, right?

12       A.   Yes.

13       Q.   Were you given a particular

14  assignment in connection with Dr. Carpenter's

15  report for your rebuttal report?

16       A.   I don't remember -- I don't have a

17  written assignment.  I don't recall exactly

18  what was said.  Certainly to look at

19  Dr. Carpenter's comments about social media and

20  respond to them.

21       Q.   If your assignment was to review

22  Dr. Carpenter's statements related to social

23  media, why focus only on the Instagram in your

24  rebuttal report?

25       A.   I think I've explained that.  He

1  states that people say things on Twitter and

2  YouTube and so on and says what it is, but he

3  doesn't have any kind of analysis of those

4  areas, but he does have a specific analysis of

5  Instagram.

6      Q.   It was your decision to focus on

7  what you call a specific analysis that was

8  conducted by Dr. Carpenter; is that correct?

9      A.   I guess it probably was my decision

10 originally, but counsel certainly had a chance

11 to see what I was responding to and said, We

12 need you to respond to this other stuff as

13 well."  So at the end of the day, it was a

14 combined decision.

15     Q.   Let me share my screen again.

16 You'll see in paragraph 13 of your report that

17 you write, Additional details regarding my

18 professional experience and publications, and

19 cases in which I testified over the last four

20 years, are set forth in my CV attached as

21 Exhibit A to this report.

22          Do you see that?

23     A.   I do.

24     Q.   I'm going to take you to Exhibit A

25 to your report.  Exhibit A is titled "CV and

1    cases in which Kent testified in the last four

2    years."

3         A.    Right.  Yes.

4         Q.    And the next page is just Exhibit B,

5    "Materials considered," right?

6         A.    Correct.  Was the CV not included?

7         Q.    That was going to be my question to

8    you.  Do you have a CV?  It doesn't appear that

9    it was included in this Exhibit A to your

10   expert report.

11        A.    It doesn't appear -- it doesn't

12   appear certainly in this version of the -- of

13   the report.  That's -- if it wasn't in the

14   report you were sent, that's clearly a mistake.

15   I'd be happy to provide it.

16        Q.    You intended to include a CV.

17   Exhibit A is not your CV, correct?

18        A.    Well, it's not.  It's just the first

19   part that I mentioned earlier, the last four

20   years of testimony, but the CV is not included,

21   correct.

22        Q.    And you have a copy of your current

23   CV?

24        A.    Yes.

25        Q.    And you'll agree to provide a copy

CONFIDENTIAL TRANSCRIPT

1  of your current CV?

2  　　　A.　Certainly.

3  　　　Q.　When did you first hear of

4  Instagram?

5  　　　A.　Instagram?  I wouldn't know.  I mean

6  years ago.

7  　　　Q.　Can you give me an estimate of when

8  you first heard about Instagram?

9  　　　A.　Sorry, I can't.  I don't recall

10 Instagram's history.  These social media

11 platforms have popped up over time and it's

12 hard to remember when a particular thing

13 happened.

14 　　　Q.　You consider yourself an expert

15 witness in how people use Instagram.

16 　　　A.　Correct.

17 　　　Q.　Yes, you consider yourself an expert

18 witness in how people use Instagram?

19 　　　A.　Yes.

20 　　　Q.　Okay.  And can you explain to me

21 what makes you qualified to opine on how

22 consumers use Instagram?

23 　　　A.　Well, my experience.  As you know,

24 an expert witness is supposed to have

25 specialized knowledge based on this -- and I

CONFIDENTIAL TRANSCRIPT

1  don't remember the exact wording, the federal

2  rules of evidence -- but knowledge, experience,

3  training, education.  I have that information,

4  information that can help me explain a fact to

5  the trier of facts.

6       Q.   What training do you have that makes

7  you qualified to opine on how consumers use

8  Instagram?

9       A.   Well, having used Instagram, having

10  used social media since 1984, used numerous

11  social media platforms, including Instagram.

12       Q.   So what makes you qualified to opine

13  on how consumers use Instagram is your own use

14  of social media platforms; is that correct?

15       A.   My extensive experience using social

16  media for, what's that, 36 years, since before

17  it was actually even called social media, and

18  my -- my work in -- working with clients,

19  helping them understand social media, my work

20  in my publications, my numerous books that

21  cover marketing online and so on.

22       Q.   Which clients have you worked with

23  on -- strike that.

24            Can you tell me which specific

25  clients you've worked with relating to their

CONFIDENTIAL TRANSCRIPT

1  marketing efforts on Instagram?

2       A.   Well, I -- I don't know.  Over the

3  years, I have worked with literally hundreds of

4  companies providing e-commerce consulting

5  services.  I've worked with Amazon, Vero, Avvo,

6  Lonely Planet, and so on.  But I've also worked

7  with literally hundreds of small to medium size

8  businesses.  And my consulting covers, you

9  know, a broad range of expertise, what is SEO,

10  Web development, general marketing advice.

11            And so I've absolutely discussed

12  social media with numerous clients, but I can't

13  tell you the name of a specific client right

14  now.

15       Q.   Let's take Amazon.  That's the one

16  you mentioned.  Did you work on any projects

17  relating to Instagram with Amazon?

18       A.   Did not.  None of -- we can cut it

19  short.  None of those large companies I worked

20  with did we discuss -- well, no, actually,

21  Lonely Planet we may have discussed social

22  media.  But Amazon, no; Avvo, no.

23       Q.   Lonely -- let's take Lonely Planet

24  then.  Do you recall discussing Instagram with

25  Lonely Planet?

1       A.    I do not recall discussing Instagram

2  specifically.  I don't know.  Maybe we did.

3  Maybe we didn't.

4       Q.    Another thing that you said makes

5  you qualified to opine on how consumers use

6  Instagram is your work in your publications.

7            Which publications of yours mentions

8  Instagram?

9       A.    I don't know if I have -- if I've

10 mentioned Instagram in my publications.  But,

11 again, I have 36 years' experience working in

12 social media on numerous different platforms.

13      Q.    You referred to a social media

14 platform that you first started working on or

15 using in the 1980s.

16            Do you recall that?

17      A.    I do.

18      Q.    What social media platform was that?

19      A.    Actually, the very first, I'm not

20 quite sure.  CompuServe I was definitely using

21 in '84, but I was also using bulletin boards

22 about the same time.  I don't know which came

23 first.

24      Q.    And did CompuServe or those bulletin

25 boards that you saw in the 1980s, did those

1   have hashtags?

2        A.   No, hashtags are a much more recent

3   development.

4        Q.   And did those social media platforms

5   that you used in the 1980s, did those have

6   pictures?

7        A.   Actually, let me back up a moment.

8   They didn't have hashtags specifically, but

9   they did have keyword indexing, and that's all

10  hashtags are; it's just a keyword index

11  function.

12       Q.   Can you describe how CompuServe's

13  social media platform that you used in the

14  1980s compares to Instagram today?

15       A.   How it compares?  Well, they're both

16  forums for people to communicate with each

17  other online.  It's not a one-way thing.  Like,

18  the early Web was one way, one direction of

19  communication, the website owner communicating

20  with the website visitor.  Social media is a

21  two-way communication.

22            These early systems, such as

23  CompuServe, were just that, forums for people

24  to communicate with each other.

25       Q.   And you think these early forums in

1  the 1980s apply to your understanding of how

2  Instagram works today in 2021?

3       A.   Because of my experience, it gives a

4  much broader picture than Instagram.  I've used

5  numerous different types of social media

6  platforms over the decades.  I've seen a lot of

7  different ways these systems work.  Instagram

8  is just one fairly simple system.

9       Q.   Can you explain the similarities

10  between the systems that you mentioned in the

11  1980s and how Instagram functions today?

12       A.   Didn't you ask that question a

13  moment ago, or is this a different question?

14       Q.   It is a different question.  I

15  asked, do you think that these early forums

16  apply to your understanding?

17            This is, can you explain what the

18  similarities are?

19       A.   Sorry, I thought you asked this

20  question before that one, but I'll say it

21  again.  I thought I gave this answer before.

22            These are both systems for people to

23  communicate.  So somebody on Instagram can post

24  a picture.  Somebody on CompuServe in 1984 can

25  post a picture.  Somebody could come by and see

22

1   it, and they could respond to the poster.

2   There's also an indexing function in both

3   systems.

4          Q.   Any other similarities?

5          A.   I don't know offhand.  I'd have to

6   sit and think about it.

7          Q.   You have social media accounts,

8   right?

9          A.   I do.

10          Q.   Do you know how many Instagram

11   followers you have?

12          A.   No.  Probably not many, but I don't

13   know the numbers.

14          Q.   And you use Instagram, right?  You

15   testified earlier that you use Instagram?

16          A.   I do use Instagram.  I don't use it

17   every day, but I do use it.

18          Q.   How often do you use it?

19          A.   I -- I don't know.

20          Q.   Would it surprise you to know that

21   you only have 39 followers on Instagram?

22          A.   No.

23          Q.   Would it surprise you to know you're

24   only following six people on Instagram?

25          A.   I only follow six people but for

CONFIDENTIAL TRANSCRIPT

```
 1   instance I use it for photography.  I have an
 2   interest in landscape photography, so I go in
 3   and look at various photographers' work.  I
 4   don't have a lot of followers or follow many
 5   people.
 6        Q.   Why don't you follow more people on
 7   Instagram?
 8        A.   Why do I need to?
 9        Q.   What's the purpose of -- in your
10   experience, what's the purpose of consumers
11   following people on Instagram?
12        A.   Well, if you follow somebody on
13   Instagram, then it's going to -- their posts
14   will appear in your feed.  So when you log into
15   Instagram, you can see their feed -- their
16   posts -- excuse me -- in your feed.
17        Q.   And you're not interested in seeing
18   posts from people on your feed other than the
19   six people you follow?
20        A.   I'm -- I understand how Instagram
21   works.  It doesn't mean I have to spend every
22   day on Instagram.
23        Q.   It wasn't my question.  You're not
24   interested in seeing posts in your feed other
25   than the six people that you follow?
```

24

CONFIDENTIAL TRANSCRIPT

```
 1        A.   Well, not right now, no.  I mean,
 2   having -- having things fed to you is not the
 3   only way to use Instagram, of course.
 4        Q.   You'd agree that's a typical way
 5   that people use Instagram, by following people
 6   and having their posts appear on their feed,
 7   right?
 8        A.   Many people do.  I don't know what
 9   the numbers are.
10        Q.   Do you know if that's the typical
11   way that people use Instagram, they follow
12   people and have their posts appear on their
13   feed?
14        A.   I'm not sure what you mean by
15   "typical."  As I said, many people do follow
16   people.  I don't know how many people the
17   average person follows.  I have no idea.
18        Q.   You have a Facebook account as well,
19   right?
20        A.   I do.
21        Q.   And it's for your consulting agency,
22   right?
23        A.   No, I have a personal Facebook
24   account.  I think I also have a page, well, I
25   guess for consulting.
```

25

1          Q.   You have a public-facing Facebook
2   page for your consulting agency, right?
3          A.   I'm not sure -- I may.  I don't
4   know.
5          Q.   Would you be surprised if that
6   public-facing Facebook page only has 146
7   followers?
8          A.   No, not at all.
9          Q.   You have a Twitter account as well,
10  right?
11         A.   I do.
12         Q.   And your Twitter account is
13  @ClickMensch, correct?
14         A.   Right now it is.  I'm going to
15  change that, but right now it is.
16         Q.   Would you be surprised that you have
17  about 2,500 followers on Twitter?
18         A.   No.
19         Q.   You have a YouTube account as well,
20  right?
21         A.   Yes, I do.  Yeah.
22         Q.   Would you be surprised that you have
23  less than 20 subscribers to your YouTube
24  account?
25         A.   No.

CONFIDENTIAL TRANSCRIPT

1          Q.    You wouldn't consider yourself a

2    social media influencer, right?

3          A.    No.

4          Q.    You don't have a considerable

5    following on any social media account, right?

6          A.    No, that's not true.

7          Q.    What social media account do you

8    have a considerable following on?

9          A.    Well, LinkedIn, I think -- I can't

10   remember what the number is on LinkedIn.  It's

11   certainly north of 20,000.

12         Q.    The one social media account that

13   you claim you have a considerable following on

14   is LinkedIn, right?

15         A.    Yes.

16         Q.    What's the purpose of LinkedIn, to

17   your knowledge?

18         A.    Business connections.

19         Q.    How does the purpose of LinkedIn

20   differ from the purpose of Instagram, to your

21   knowledge?

22         A.    Well, LinkedIn is, as I say, more of

23   a business network.  Instagram is more of a

24   personal network.  That doesn't mean people

25   don't market through it.  But Instagram is B to

CONFIDENTIAL TRANSCRIPT

1     A.    No.

2     Q.    And would you be surprised to know

3 you've only tweeted a total of 88 times since

4 2018?

5     A.    No.

6     Q.    You would agree that your Twitter

7 posts receive minimal engagement, right?

8     A.    I don't know the engagement.   It's

9 quite possible.



1 ████████████████████████████████

2 ███████████████   ██████████████

3 ████████████████████████████████

4 ███████████   ██████████   ██████

5 ████████   ████████████

6 ██████████   ▐   ██████████

7 ████████████   ▐   ████████████   ▐ ██

8 █████████████████████████████████

9 █████████████████████

10  BY MR. MISHRA:

11       Q.   In the preparation of your rebuttal

12  report that's been introduced as Exhibit 1, did

13  you speak to any VPX employees?

14       A.   I did not.

15       Q.   Why not speak with VPX employees to

16  understand what their approach on Instagram is?

17       A.   I didn't need to.  I was rebutting

18  Professor Carpenter's report.

19       Q.   You make a lot of statements in your

20  statement about the purpose of hashtags and the

21  purpose of captions and how consumers react to

22  captions and hashtags, right?

23       A.   Yes.

24       Q.   Why not ask VPX what they believe

25  about each of those things as a business that's

1  communicating to consumers on Instagram?

2      A.   I don't believe I needed to talk to

3  VPX.  I was responding to Professor Carpenter's

4  report, and I didn't need to talk to VPX.

5      Q.   Did you ask VPX if they agreed with

6  your conclusions in your rebuttal expert

7  report?

8      A.   I haven't communicated directly with

9  VPX.

10     Q.   Do you have any understanding of

11 whether VPX agrees with the statements that you

12 made in your rebuttal expert report?

13     A.   I have not communicated with VPX nor

14 have I been told any kind of response from VPX.

15     Q.   Did you speak with any of

16 defendants' other expert witnesses in this

17 case?

18     A.   I did.

19     Q.   Who did you speak with?

20     A.   I spoke to Larry -- and I'm not sure

21 how to pronounce his last name, actually.  I

22 think it's Chiagouris.

23     Q.   And when did you speak with Mr.

24 Chiagouris?

25     A.   Well, before I -- certainly before I

CONFIDENTIAL TRANSCRIPT

1    factor for the energy product bank, right?

2          A.    Correct.

3          Q.    And you are not offering any

4    opinions on Dr. Carpenter's opinions relating

5    to internal VPX e-mails about the importance of

6    Super Creatine, right?

7          A.    Correct.

8          Q.    You have -- are you offering an

9    opinion in this case on the materiality of

10   VPX's advertising relating to the Super

11   Creatine in bank?

12         A.    Can you repeat that?

13         Q.    Are you offering an opinion in this

14   case whether VPX's advertising of Super

15   Creatine in bank is material?

16         A.    Whether it's material?  I mean, I'm

17   providing an opinion that's in my report or set

18   of opinions that's in my report.  They are what

19   they are.  They're focused on very specific

20   social media issues.

21         Q.    I'm just trying to understand if

22   you're offering a broader opinion.  Maybe I'll

23   ask it a different way.  It seemed like you

24   were confused by the material word.

25               Are you offering an opinion in this

1  case about whether VPX's advertising of Super

2  Creatine drives sales of Bang?

3      A.   Oh, I see.  No, I'm not, beyond

4  the -- beyond the fact that, as I point out in

5  my report, Professor Carpenter doesn't actually

6  show a mechanism through which they -- through

7  which that drives sales.

8      Q.   You used the word "that."  What are

9  you referring to?

10      A.   The use of the term Super Creatine.

11      Q.   But you only analyzed it in the

12  context of social media, right?

13      A.   Correct.

14      Q.   Okay.  So other than your comment

15  that Dr. Carpenter doesn't show a mechanism

16  through which Instagram posts by VPX drives

17  sales, you have no opinion on whether the other

18  evidence he's included in his report shows that

19  the Super Creatine advertising drives sales,

20  fair?

21      A.   Well, wait a second.  I have a final

22  conclusion in my report where I point out that

23  Professor Carpenter doesn't show any kind of

24  nexus.  He doesn't show any kind of connection

25  between this advertising and actual sales.

1          So I don't believe -- even in the

2     areas of the report outside the social media

3     issues, I don't believe he shows any kind of

4     connection.

5          Q.   Okay.  Let's break that down.  What

6     does nexus mean?

7          A.   A connection between the two events,

8     a connection if you can draw a line between

9     these ads and somebody making a purchase.  It's

10    my understanding he doesn't actually do that.

11    He talks about how frequently these claims are

12    made and then jumps to say this must drive

13    sales, but he doesn't actually show any kind of

14    mechanism through which this happened.

15         Q.   Did you analyze for example VPX --

16    sorry, strike that.

17         Did you analyze consumer e-mails

18    that were sent to VPX about the Super Creatine

19    in Bang?

20         A.   Not beyond what Professor Carpenter

21    has in his report.

22         Q.   So if a consumer e-mailed VPX and

23    said, "Hey, I've been buying your Bang because

24    of the Super Creatine in it to increase my

25    creatine levels," you think that that's not

CONFIDENTIAL TRANSCRIPT

1  sufficient to show a connection or a nexus as

2  you call it?

3          MR. BRANSON:  Objection.  Vague.

4      Incomplete hypothetical.  Calls for

5      speculation.

6          You can answer.

7          THE WITNESS:  I don't recall seeing

8      an e-mail in the report that was that

9      specific.  I -- well, I don't recall an

10     e-mail like that.  You could show me rather

11     than guessing.

12 BY MR. MISHRA:

13     Q.   Did you review every single consumer

14 e-mail to VPX about Super Creatine that Dr.

15 Carpenter cited in his report?

16     A.   I didn't view the e-mails myself.  I

17 read the report where he discussed them.

18     Q.   What would Dr. Carpenter have had to

19 do in his report to establish a nexus as you

20 call it?

21     A.   I don't know.

22          MR. BRANSON:  Objection.  Beyond the

23     scope.

24          You can answer.

25          THE WITNESS:  I don't know.  That --

```
 1    that's out of my arena.  It's a rebuttal
 2    report.  I've not done any work for him.  I
 3    don't know how he would have shown it.
 4  BY MR. MISHRA:
 5        Q.   You have not conducted any analysis
 6  to determine what would have needed to be done
 7  to establish a nexus in this case.
 8             MR. BRANSON:  Same objections.
 9             THE WITNESS:  Correct.
10             MR. MISHRA:  We've been going about
11    an hour.  It's a good natural break point
12    for me.  Do you want to take a break now?
13             THE WITNESS:  That's fine by me.
14    Whatever you guys want.
15             MR. MISHRA:  Let's go off the
16    record.
17             VIDEOTAPE TECHNICIAN:  Going off the
18    record.  The time is 9:02 a.m.
19                     -  -  -
20             (Whereupon, a recess was held.)
21                     -  -  -
22             VIDEOTAPE TECHNICIAN:  We are back
23    on the record.  The time is 9:16 a.m.
24             MR. MISHRA:  Mr. Kent, I'm going to
25    introduce Exhibit 3 into the chat, and I
```

50

CONFIDENTIAL TRANSCRIPT

1     will share it as well.

2               -   -   -

3          (Whereupon, the document was marked,

4      for identification purposes, as Defendant's

5      Exhibit 3.)

6               -   -   -

7  BY MR. MISHRA:

8          Q.   Exhibit 3 is a copy of your CV; is

9  that correct?

10         A.   Yes.

11         Q.   And is this an up-to-date CV?

12         A.   It's the most up-to-date I have.  I

13 could update it, I suppose, but it's the most

14 up-to-date one I have.

15         Q.   And if you were to update it, what

16 are you thinking of adding that you -- you said

17 if you could update it, you could.  Sorry,

18 strike all that.

19              Is there anything missing in this CV

20 as it relates to your rebuttal expert report?

21         A.   No.

22         Q.   In this CV, do you see any reference

23 to the specific platform Instagram?

24         A.   I doubt it.

25         Q.   If you're an expert in Instagram why

CONFIDENTIAL TRANSCRIPT

1   not include that in your CV?

2        A.   I'm an expert in social media, which

3   includes Instagram.  I talk about social media

4   and social media marketing.

5        Q.   But you don't mention Instagram

6   specifically in your eight-page CV, right?

7        A.   There are dozens of social media

8   platforms.  I don't name them all.  I don't

9   mention -- I don't think I mention any.

10        Q.   Sure.  My question was, you

11   mentioned social media networking and social

12   media marketing, but you don't specifically

13   mention Instagram in your eight-page CV, right?

14        A.   That is probably correct.

15        Q.   You refer to hashtags as used in

16   Instagram in your rebuttal report, right?

17        A.   Yes.

18        Q.   Do you know how many -- what's the

19   maximum number of hashtags somebody can put

20   into their posts?

21        A.   I don't know the maximum number.  I

22   think it's north of 30.

23        Q.   Sorry, your testimony is it's higher

24   than 30; is that right?

25        A.   Yes, but I don't know the specific

1  number.

2       Q.   Do you know the number of people you

3  can tag in a post on Instagram?

4       A.   Oh.  I don't know that number.

5       Q.   Do you know the number of recent

6  likes that you can view on Instagram?

7       A.   No.

8       Q.   Do you know the maximum number of

9  accounts you can follow on Instagram?

10      A.   No.

11      Q.   Do you know the maximum number of

12 accounts that can follow you on Instagram?

13      A.   The maximum that can follow you?

14 I'm not sure there is a maximum.

15      Q.   Do you know the maximum number of

16 posts you can like per hour on Instagram?

17      A.   No.

18      Q.   Do you know the number of characters

19 you can use in a caption, the maximum?

20      A.   No, I don't know that.

21      Q.   Do you know what an Instagram reel

22 is?

23      A.   Yes.

24      Q.   What is an Instagram reel?

25      A.   I believe it's the same as stories,

1  Instagram story you can concrete.  Of course

2  this case doesn't relate to stories or reels.

3       Q.   Do you know when Instagram released

4  its story or reel feature?

5       A.   I don't know when they started it,

6  no.

7       Q.   Do you know if Instagram's release

8  of the reel or story feature changed user

9  behavior on Instagram?

10       A.   Well, it must have changed user

11  behavior in some way.

12       Q.   Do you know how the introduction of

13  the reel or story feature changed user behavior

14  on Instagram?

15       A.   I don't know the specifics.

16  Obviously people are watching these stories.

17       Q.   Do you know what the term handle

18  means?

19       A.   Handle?

20       Q.   Yeah.

21       A.   In a general sense, on social media

22  a handle is somebody's name on the account or

23  in the system.

24       Q.   Do you know what InstaMeet means?

25       A.   I believe there is a meeting

CONFIDENTIAL TRANSCRIPT

1  function you can use through Instagram.

2       Q.   What do you mean "a meeting function

3  you can use through Instagram"?

4       A.   I think you can have live

5  communication between parties, but it's not a

6  feature I've used.

7       Q.   Are you referring to Instagram Live?

8       A.   I think that may be the same thing

9  or associated, but, again, it's not a feature

10 I've used.

11      Q.   Sorry, just to confirm, so your

12 testimony is your belief is that InstaMeet is

13 equivalent to Instagram Live; is that correct?

14      A.   I don't know.  I think they may be

15 associated but again these are not features

16 I've used on Instagram, and they're not

17 features that are involved in this case either.

18      Q.   Have you heard of the term

19 latergram?

20      A.   I've heard of the term.  I assume

21 it's a scheduling thing.

22      Q.   What does the term latergram mean?

23      A.   Are you saying latergram?

24      Q.   Correct.

25      A.   I'm assuming it's a scheduled post

CONFIDENTIAL TRANSCRIPT

1 that will automatically submit later, but I

2 don't know for sure.

3      Q.   Do you know what image can be used

4 on Instagram?

5      A.   Well, certainly PNG, JPG and GIF,

6 plus video formats.  I'm not sure what video

7 formats you can use.

8      Q.   Do you know the maximum size that

9 somebody can use for images on Instagram?

10      A.   No.

11      Q.   Do you know the maximum length for a

12 video on Instagram?

13      A.   No, I don't know that.

14      Q.   Do you know the minimum length for a

15 video on Instagram?

16      A.   No.

17      Q.   Let me take you to paragraph 21 of

18 your expert report.  It's on page 8.  And I

19 will put it up on the screen.  Sorry, paragraph

20 21.

21         And you see paragraph 21 you write,

22 Professor Carpenter also provides a table

23 showing, quote, the number of posts published

24 by VPX that promote Super Creatine or creatine

25 in connection with Bang Energy or the overall

CONFIDENTIAL TRANSCRIPT

1  Bang Energy brand from seven different

2  Instagram accounts operated by defendants as

3  shown below, and then you include the chart,

4  right?

5        A.   Yes.

6        Q.   Are you offering the opinion that

7  any of these Instagram -- any of these accounts

8  are not controlled by VPX?

9        A.   No, why?  I'm not sure -- I guess

10 I'm not sure what you're asking because that

11 question doesn't seem to relate to my report.

12       Q.   It's just a preparatory question.

13 You're not disagreeing with Professor Carpenter

14 that these accounts are controlled by VPX,

15 correct?

16       A.   No, I'm not disputing that, no.

17       Q.   And you write in paragraph 22 that

18 Professor Carpenter determined which posts are

19 promoting creatine or Super Creatine by

20 searching the post captions for the word

21 creatine.  Those that contain that text were

22 included in the second column in the chart

23 above, right?

24       A.   Yes.

25       Q.   Are you aware of Dr. Carpenter

1  course there are also -- there are different

2  purposes.  People are doing different things.

3  Some people are getting involved in more of a

4  discussion with their -- with their followers.

5  But still predominantly Instagram is an

6  image-sharing system.

7      Q.   And the survey you're referring to

8  is a survey by Preview App, Pty Ltd.; is that

9  correct?

10     A.   Yes.

11     Q.   Any other citations that you have in

12  support of your claim that Instagram readers

13  don't visit the site to read, they visit to

14  view?

15     A.   I don't know.  Let me have a look.

16          I don't see any other citations.  Of

17  course it's also based on my knowledge and

18  experience in the arena.

19     Q.   By "arena," you mean social media

20  generally?

21     A.   Well, social media generally;

22  Instagram in particular.  I know you're not

23  supposed to use the word common sense in the

24  legal business, but it's just common sense that

25  that's what it is; it's a photo sharing

1    system -- or an image -- excuse me, image and

2    video these days, image and video sharing

3    system.

4         Q.   You write here, But the picture is

5    the point.  Without the picture or video the

6    text is pointless, and often a picture doesn't

7    need a caption.  In fact, captions are often

8    just rambling nonsense.

9              Do you see that?

10        A.   I do.

11        Q.   What's your evidence for the fact

12   that captions are often just rambling nonsense?

13        A.   Well, I'm not sure how to measure

14   rambling nonsense scientifically, but if you

15   read many posts online -- on Instagram, they

16   appear to be rambling nonsense.

17             And, you know, I have an example

18   from the defendant here.  It appears to be just

19   rambling nonsense.  And I would argue that

20   people are more interested in the video than

21   what is being said next to the video.

22        Q.   So your claim that captions are

23   often just rambling nonsense is based on your

24   experience reading on Instagram; is that

25   correct?

CONFIDENTIAL TRANSCRIPT

1      A.    I would say my experience with
2   language in general.
3      Q.    I don't really understand that
4   answer.
5          My point is, you're drawing a
6   conclusion that captions are often just
7   rambling nonsense.  Your conclusion that
8   they're often just rambling nonsense is based
9   on your experience reading posts on Instagram;
10  is that correct?
11     A.    Yes.
12     Q.    Anything else?
13     A.    Not that I can think of right now.
14     Q.    You write in paragraph 31,
15  Regardless of why Instagram users enjoy looking
16  through pages of photos and videos, a billion
17  do so each month.  The pictures and videos are
18  the most important feature of a post, and one
19  cannot view a post without seeing the
20  photograph and at least the video's preview
21  image.  And yet one can view the post without
22  reading the caption.
23          Do you see that?
24     A.    I do.
25     Q.    When you -- do you know if users use

1    Instagram more on a desktop computer or through

2    an app on a phone?

3         A.    Probably mostly through the app.

4         Q.    Do you know when you go through

5    posts on the Instagram app on your phone what

6    appears below the video or the picture?

7         A.    What appears below it?  I think it's

8    the caption.

9         Q.    So somebody could -- when somebody

10   is scrolling through their feed they're

11   necessarily seeing the image or video followed

12   by the caption, right?

13        A.    Yes.  Is there a question beyond

14   that?

15        Q.    No, that was my question.

16              In paragraph 32 you ask us to

17   consider the post at this Instagram link, which

18   is then copy pasted below, right?

19        A.    Yes.

20        Q.    How did you choose this post as your

21   example in your expert report?

22        A.    Well, it's an example of something

23   that's frequently going on.  I don't remember

24   why I picked this one.  I picked it from

25   Professor Carpenter's data set.

CONFIDENTIAL TRANSCRIPT

1    his list.

2  BY MR. MISHRA:

3       Q.   How do you confirm this is one of

4  the posts that was on Professor Carpenter's

5  list?

6       A.   Well, I'm pretty sure I got it out

7  of his list.  His spreadsheet he provided had

8  URLs pointing to the posts, and I'm pretty sure

9  that's where I got this one, and I clicked on

10  it and it took me to Instagram.

11       Q.   My question was slightly different.

12            How do you know that this post is

13  included as one of the posts in this table that

14  total up to 1,015?

15       A.   Again, I took it out of his data

16  set.

17       Q.   Well, his data set included both

18  posts that weren't included in his table and

19  were included in his table, right?

20       A.   It depends what you're referring to.

21  He had -- he referred to an Appendix D, I think

22  it was, in his report and didn't -- he didn't

23  say where he got the -- he didn't say where he

24  got all this data from.  Well, A, he didn't say

25  how he got the data.  B, he talks about the

CONFIDENTIAL TRANSCRIPT

```
 1  posts that don't include the word creatine, but
 2  he didn't provide a data set.
 3           I was provided with that data later.
 4  I asked for it.  I asked if we had it, and I
 5  was provided a file later on that was the sort
 6  of negative data.
 7      Q.   So your belief that this post was
 8  included as one of the posts in that table is
 9  based on your interpretation of Dr. Carpenter's
10  data, correct?
11      A.   I'm not sure what you mean by that.
12  My recollection is that this was one of the
13  posts included in his initial data.
14      Q.   In your next section starting in
15  paragraph 34 you talk about users and whether
16  they read captions, right?
17      A.   Yes.
18      Q.   And you cite in paragraph 35 a
19  survey from an Instagram tools company called
20  Preview App, Pty, Ltd., right?
21      A.   Yes.
22      Q.   How did you find this survey?
23      A.   I did a search looking for this kind
24  of data.
25      Q.   Other than this survey, did you find
```

89

1  anything else?

2        A.   I don't think I did, but I didn't

3  look for an extensive period of time.  Perhaps

4  I could have found more if I spent more time.

5        Q.   Did you read any academic articles

6  about the use -- about users and their

7  engagements with captions on social media?

8        A.   I don't know if I saw any.

9        Q.   Are you aware of an academic article

10 called integrating text and image relating to

11 Instagram?

12       A.   I don't believe I've seen that.  I'd

13 love to see it.

14       Q.   Have you heard of an academic

15 article about motivations for using Instagram?

16       A.   I don't recall seeing that.

17       Q.   Do you consider this survey by

18 Preview App, Pty, Ltd. to be a scientific

19 survey?

20       A.   I wouldn't call it scientific.  It's

21 what it is, they ask people and got responses.

22       Q.   And to your knowledge, how did the

23 company decide what people to ask its questions

24 to in connection with this survey?

25       A.   My understanding is they posted an

1   image asking that question in their Instagram

2   account.

3        Q.   Do you know what the company Preview

4   App, Pty Ltd. does?

5        A.   It's my understanding that they

6   provide Instagram software, software that

7   integrates with Instagram to help you manage

8   your Instagram account.

9        Q.   Do you think that the answers to the

10  questions that Preview App posted on their

11  Instagram account are representative of all

12  Instagram users?

13       A.   That I -- that I don't know.

14       Q.   Do you know the demographics of the

15  respondents to Preview App's questions on

16  Instagram?

17       A.   I don't know.

18       Q.   Did you contact Preview App to learn

19  more information about this survey they did on

20  Instagram?

21       A.   I did not.

22       Q.   And you say that preview -- sorry,

23  strike that.

24            You write that Preview's overall

25  conclusion was 35 percent of people said they

```
 1   always read captions, right?
 2        A.   Yes.
 3        Q.   And 65 percent said they don't
 4   always read captions, right?
 5        A.   Yes.
 6        Q.   And 35 percent of people read, from
 7   what Preview found, captions on every post,
 8   right?
 9        A.   That's what it says.
10        Q.   And of these 65 percent you would
11   agree that some or even many may read captions,
12   right?
13        A.   Correct.
14        Q.   So it's possible that more than
15   50 percent of people often read captions, fair?
16             MR. BRANSON:  Objection.  Assumes
17        facts.  Calls for speculation.
18             THE WITNESS:  I don't know what the
19        specific number would be.  This data clearly
20        shows that people don't always read
21        captions.  And, in fact, as we scroll down,
22        it shows people say, "Well, I'll skim it or
23        maybe I'll read it if I'm interested or it
24        looks useful," and so on.
25             So my point here is, people don't
```

```
 1                        -  -  -

 2              MR. MISHRA:  Let me know when you

 3       have it.

 4   BY MR. MISHRA:

 5       Q.   Have you seen this document before?

 6       A.   The Web page, URL?

 7       Q.   Yes.  Have you seen the Web page

 8   starting on page 2 of 4?

 9       A.   Well, I don't see -- it just opened.

10   It looks like the one.  Is that the one I cite

11   to in my report?

12       Q.   I'm happy to -- here's the link

13   here, and you can compare that to footnote 5 in

14   your report.

15              That's the link you cite to in

16   footnote 5 of your rebuttal report, correct?

17       A.   Let's have a look.  Where is

18   footnote 5?

19       Q.   It's on page 14.

20       A.   Page 14?  Page 14, footnote 5.  Yes,

21   it looks like the page, yeah.

22       Q.   And this is the -- this is the

23   article that you rely on in your rebuttal

24   expert report, right?

25       A.   Yes, or one of them.  Uh-huh.
```

1          Q.    And one of -- and here in the
2    summary section of the article it says the
3    majority of people will read captions, but it
4    depends on a few things, right?
5          A.    Yeah.
6          Q.    One thing it mentions is that the
7    photo is important.  If it catches people's
8    attention, they're more likely to check out the
9    caption, right?
10         A.    Yes.
11         Q.    The first sentence in your caption
12   is super important and it needs to be catchy,
13   right?
14         A.    Yes.
15         Q.    Do you disagree with anything in
16   items one through three of this summary?
17         A.    No, I don't disagree.  The point I
18   was making is, people don't always read
19   captions, and it doesn't contradict that.
20         Q.    You haven't quantified how often
21   people read captions, right?  Fair?
22         A.    Correct.
23         Q.    And other than this study from
24   Preview App, you have no data indicating what
25   percentage of time people read captions, fair?

1      A.    Correct.

2          Q.    I'm going to go back to your --

3              MR. BRANSON:   Is this a good time to

4      break or are you --

5              MR. MISHRA:   If we could get five

6      minutes, that would be great, yeah.

7              MR. BRANSON:   Okay.

8   BY MR. MISHRA:

9          Q.    I'm going to go back to your expert

10   report.  You list the responses gathered by

11   Preview in paragraph 37 of your report, right?

12         A.    Yes.

13         Q.    And you would agree that there are

14   plenty of people here who say they read

15   captions most of the time, right?

16         A.    I don't know that that's true.  I

17   mean this guy says he reads them.  He doesn't

18   say most of the time.  Again, I wasn't -- I

19   wasn't saying nobody reads captions.  My report

20   is quite clear here.  The point is people don't

21   always read captions.

22         Q.    And your point -- to short-circuit

23   this, is your point in your report then just

24   because somebody liked a post or viewed a video

25   doesn't mean that they necessarily read the

1   word creatine in the post?

2        A.   That is certainly true.

3        Q.   But you have no opinion on what

4   percentage of time people watch a video or like

5   a post they've actually read the post including

6   the word creatine in the post, fair?

7        A.   Correct, I have no way to know that.

8             MR. MISHRA:  Okay.  We can take a

9      break now.  Let's go off the record.

10             VIDEOTAPE TECHNICIAN:  Going off the

11      record at 10:18 a.m.

12                  -  -  -

13             (Whereupon, a recess was held.)

14                  -  -  -

15             VIDEOTAPE TECHNICIAN:  We are back

16      on the record.  The time is 10:33 a.m.

17   BY MR. MISHRA:

18        Q.   Mr. Kent, I next want to ask you

19   just about your knowledge of Instagram as just

20   a social media account generally.  So I'll ask

21   a different question.

22             You agree that Instagram users have

23   conversations on Instagram, right?

24        A.   Some do.

25        Q.   Do you know how many, what

1   percentage of Instagram users have

2   conversations on Instagram?

3          A.    I don't.

4          Q.    And you would agree that some of

5   those conversations occur in the comments

6   section of the Instagram accounts right?

7          A.    Yes.

8          Q.    Have you seen any examples of Mr.

9   Owoc having any conversations with consumers in

10  the comments of his Instagram posts?

11         A.    I'm sorry, I didn't catch that.

12  Have I done what?

13         Q.    Have you seen any examples of Mr.

14  Owoc having any conversations with consumers in

15  the comments of his Instagram posts?

16         A.    Have I seen?  Yeah, I think I have.

17         Q.    Do you have an opinion on whether a

18  user having a conversation with the author of

19  the post indicates whether or not the user read

20  the post?

21         A.    Well, I think it depends on context.

22  I think there are many conversations going on.

23  In one or two of my examples, for instance,

24  people are replying to -- somebody comments and

25  somebody replies to the comment, but it's not

                                                    98

CONFIDENTIAL TRANSCRIPT

```
 1  clear whether the initial comment is actually

 2  in response to the image or caption.  So it

 3  depends on context.

 4       Q.   So, for example, if somebody

 5  mentions creatine in the comment on a post that

 6  also mentions creatine, you would agree it's

 7  likely they read the post, right?

 8            MR. BRANSON:  Objection.  Assumes

 9       facts.  Calls for speculation.

10            You can answer.

11            THE WITNESS:  Well, I think it's

12       certainly possible.  I mean, again, it

13       depends on context.

14  BY MR. MISHRA:

15       Q.   And if they quote something in the

16  post that's in the video, you'd agree that they

17  likely read the post, right?

18       A.   In that case, yes.

19       Q.   Have you done an analysis to

20  determine what percentage of consumers who

21  comment on Bang Energy's posts read the posts?

22       A.   Well, it wasn't -- it wasn't my task

23  to do any kind of analysis beyond analyzing

24  Professor Carpenter's opinions in evidence.

25       Q.   So you did not do an analysis to
```

mathematical

```
 1   determine what percentage of consumers who

 2   comment on Bang Energy's Instagram posts

 3   actually read the posts, right?

 4        A.   No, of course not.  I mean, that

 5   wasn't part of Professor Carpenter's opinions.

 6        Q.   The video that we have talked about

 7   with the picture of the -- the video of the

 8   woman that you included in your report, do you

 9   recall that video?

10        A.   The one we looked at a few minutes

11   ago?

12        Q.   Yes, in paragraph 33 of your report?

13        A.   If you say so.  I don't have --

14        Q.   I will pull it up.  Do you recall

15   this video that you included in paragraph 33 of

16   your report?

17        A.   Yes.

18        Q.   Did you watch this video?

19        A.   I did.

20        Q.   Do you recall if the Bang can

21   appeared in this video?

22        A.   Offhand, I don't remember if it did.

23        Q.   Do you recall if any Bang Energy

24   product appeared in the video?

25        A.   I don't recall.
```

1      Q.   You offer the opinion that comments

2 don't equal reads, correct?

3      A.   Correct.

4      Q.   Comments are another indicator of

5 potential engagement with the post, right?

6      A.   With a post, yes.

7      Q.   I'm going to go back to your report

8 again.  In paragraph 47 you write, Thus, the

9 primary content, the content being liked, is

10 clearly the picture or video, not the caption.

11 So the number of likes is not directly related

12 to the content of the caption.

13           Do you see that?

14      A.   Yes.

15      Q.   It's possible that somebody liked a

16 post because of the caption though, right?

17      A.   It is possible, yes.

18      Q.   You haven't done an analysis about

19 which percentage of likes were because of the

20 caption as compared to the picture or video,

21 right?

22      A.   I have not done such an analysis.

23 And again, it wasn't my job to do so.  It's

24 Professor Carpenter's report.

25      Q.   Can you tell me what your basis for

1   on their phone?

2          A.   Again, I don't know the exact

3   numbers, but it's quite likely more often on a

4   mobile.  I haven't seen the numbers.

5          Q.   And you say, All the viewer has to

6   do is click into the add a comment box in the

7   bottom right of the post, type something and

8   click the post button or just press enter,

9   right?

10         A.   Yes.

11         Q.   And a viewer can quickly enter a

12  comment at the end of the post without ever

13  having read the post, right?

14         A.   Yes.

15         Q.   When you try to comment on the

16  mobile app of the Instagram -- so -- sorry,

17  strike that.

18              When you're scrolling through your

19  feed on Instagram, the full post is not posted

20  in your feed.

21              Do you agree with that?

22         A.   The full post?  The caption?

23         Q.   The full -- sorry, yeah, let me --

24  let's strike that.  Let me use the right term.

25              When you're scrolling through your

CONFIDENTIAL TRANSCRIPT

1  feed on Instagram, the full caption is not

2  immediately displayed in the feed, right?

3      A.   That's true on the desktop version

4  as well.

5      Q.   When you click to comment on an

6  Instagram post, do you know if the full caption

7  appears?

8      A.   On mobile you're saying?

9      Q.   On mobile, yes.

10     A.   That I'm not sure.

11     Q.   Would it change your opinion at all

12  in your report if when you try to comment on a

13  mobile app, you receive the full caption before

14  you comment?

15     A.   Well, not particularly, because if

16  you click into that comment and you haven't

17  seen the post, your intent was to comment

18  without yet having seen the post -- seen the

19  caption.

20     Q.   But you agree if the next view that

21  comes up when you click to comment is the

22  entire post -- the entire caption, that it's

23  more likely that the user reads the caption

24  because the entire caption appears, right?

25     A.    Well, if that's correct -- and I

1  need to go back to check.  But if that is

2  correct, it's more likely that they will end up

3  reading it.  That's true.  It doesn't change

4  the fact that they may not read it and that

5  they have decided to comment before they've

6  read it.

7       Q.   Are you familiar with the term

8  lifestyle marketing?

9       A.   Yes.

10      Q.   What is lifestyle marketing?

11      A.   Well, I don't pretend to be an

12  expert in lifestyle marketing.  I believe it

13  is -- my understanding of the term is that it

14  relates to reaching people -- well, for

15  instance, the sort of thing the defendant does

16  where they're feeding people content that

17  they're going to like, that they're going to --

18  like all the rap dancers, I think there's a lot

19  of parties that they are sending video of

20  people dancing and so on.  It isn't directly

21  saying, "Hey, buy this product," but it's an

22  attempt just to make a connection with people.

23      Q.   Have you, yourself, ever worked on a

24  social media marketing campaign with

25  influencers non-Instagram?

```
 1          A.   I haven't, no.
 2          Q.   Have you ever worked on a social
 3   media marketing campaign based in lifestyle
 4   marketing towards young men?
 5          A.   I wouldn't think so.
 6          Q.   Have you ever worked on a social
 7   media marketing campaign geared towards energy
 8   drink consumers?
 9          A.   No.
10          Q.   Let's move on to your discussion of
11   hashtags.  I know you describe it in your
12   report.
13               Can you tell me just generally, when
14   did you first become aware of the use of
15   hashtags on social media?
16          A.   I don't recall.  Years ago.  They've
17   been around I don't remember how many years.
18   Anyway, a long time.
19          Q.   Are hashtags used the same way on
20   different social media accounts, for example,
21   LinkedIn, Twitter, Facebook, Instagram?
22               MR. BRANSON:  Objection.  Vague.
23               You can answer.
24               THE WITNESS:  Pretty much.  A
25     hashtag is an indexable keyword.  That's the
```

1          Q.   Are you aware that the user of a

2     page has access to those metrics?

3          A.   To the accountholder you mean?  Yes,

4     I believe so.

5          Q.   Did you ask VPX how many -- how much

6     of their traffic originated from #creatine on

7     their Instagram posts?

8          A.   No, I didn't.

9               MR. BRANSON:  Asked and answered.

10    BY MR. MISHRA:

11         Q.   You offer the opinion that hashtags

12    are not designed for the post viewer to read,

13    right?

14         A.   Yes.

15         Q.   And is the reason that it's not

16    designed for the post viewer to read because

17    it's supposed to be a tool to gather engagement

18    for the post, rather than provide a substantive

19    comment for the user to read?

20         A.   I don't know what you mean by that,

21    "gather engagement for the post."  It's an

22    indexing tool.

23         Q.   What's the purpose of indexing?

24         A.   So the purpose of indexing is to

25    help the post get found.

1       Q.    And what's the purpose of wanting a

2  post to be found?

3       A.    To get people to see it.

4       Q.    For more people to be engaged with

5  the post, right?

6       A.    Sure.

7       Q.    My question is, you're saying that

8  they're not designed for the post viewer to

9  read.  You're not saying that viewers of posts

10  don't read the captions, right?

11       A.    I'm not saying that some viewers

12  don't occasionally read the hashtags.  I am

13  explaining what the hashtags are for, and I'm

14  explaining that a lot of people push them down

15  because they don't even really want people to

16  see them.  Clearly these are not intended to be

17  read.  They're intended to help indexing.

18       Q.    Have you seen any study about what

19  percentage of users read hashtags?

20       A.    I have not.  And I recall in my

21  report I also point out that you don't really

22  want them to read the hashtags.

23       Q.    Why don't you want them to read the

24  hashtags?

25       A.    If somebody reads a hashtag and

1  clicks on it, it will take them away from your

2  post to a page that doesn't belong to you that

3  is full of other people's posts, including

4  competitors.

5      Q.   Reading and clicking are two

6  different things, right?

7      A.   I won't argue with that.

8      Q.   You could want somebody to read the

9  hashtag so that they associate the hashtag with

10  your brand, right?

11      A.   I suppose in theory, but if you want

12  something to be read, you're putting it in the

13  caption, not in the hashtag block.

14      Q.   You offer an opinion that most

15  marketers put hashtags in the comments rather

16  than the main post; is that right?

17      A.   I don't recall if I said most.  Did

18  I say most?

19      Q.   Sorry, that's my fault.  You

20  actually cite a study that found -- in

21  paragraph 71 of your report, you cite a study

22  that found that only 6.2 percent of posts place

23  their hashtag blocks in the first comment,

24  right?

25      A.   That's correct.

```
 1         Q.    And VPX posts its hashtags in its
 2   caption, not in the comments, right?
 3         A.    Correct.
 4         Q.    Did you ask anyone at VPX about why
 5   they put the hashtags in the post rather than
 6   the comments?
 7         A.    I did not.
 8         Q.    Is it possible that the reason that
 9   they put the hashtags in the caption rather
10   than the comments is because they want users to
11   see the hashtags?
12              MR. BRANSON:  Objection.  Calls for
13         speculation.  Lacks foundation.
14              You can answer.
15              THE WITNESS:  Yeah, I don't -- I
16         don't know.  I have no idea why they do
17         that.
18   BY MR. MISHRA:
19         Q.    You write in paragraph 73, quote,
20   when a marketer adds hashtags to a post, the
21   intention is that the post may be found within
22   all those hashtag pages, increasing the
23   likelihood that it will be seen, right?
24         A.    Yes.
25         Q.    If you assume that there is no
```

CONFIDENTIAL TRANSCRIPT

1   creatine in Bang, then wouldn't you agree using

2   the term #creatine to get people to see your

3   page about Bang from the global creatine page

4   is deceptive?

5               MR. BRANSON:  Objection.  Vague.

6        Calls for a legal conclusion.  Lacks

7        foundation.  Outside the scope.

8               THE WITNESS:  I don't know if it's

9        deceptive.  This isn't something I discussed

10       in the -- in the report.

11              I mean, it -- you know, I've done a

12       lot of work with search engine optimization.

13       So this is sort of a similar issue.  It's

14       all about search.  It's all about finding

15       pages when somebody searches.  You are

16       sometimes trying to get your posts into a

17       page that is being seen by people that may

18       be a good market for you.

19              So if I'm selling running shoes, I

20       might want -- I might use a hashtag that

21       gets me onto a page for bodybuilders.  No,

22       the post isn't about bodybuilding, but it is

23       related to a product bodybuilders might be

24       interest in.

25              So I don't know the answer to that

1    question.  I'm not going to just say, yes,

2    it's deceptive.

3 BY MR. MISHRA:

4    Q.   So your claim is that if Bang says

5 #creatine, even if the product doesn't have

6 creatine, that's not necessarily deceptive

7 because they could just be trying to get people

8 or a demographic that would want creatine

9 without actually saying that their product

10 contains creatine; is that correct?

11           MR. BRANSON:  Same objections.

12           THE WITNESS:  Well, first, I don't

13     know if it's true that it doesn't have

14     creatine.  It's my understanding it's -- I

15     mean, that's way out of my area of

16     expertise, of course.  It's my understanding

17     that there may be a dispute about that fact.

18           But, again, you're not always trying

19     to -- well, it's like pay-per-click

20     advertising where you bid on a competitor's

21     trademark.  All of the major pay-per-click

22     networks allow that, and the courts in North

23     America have accepted that as an acceptable

24     thing to do, to bid on somebody else's

25     trademark.  You're trying to appear in front

CONFIDENTIAL TRANSCRIPT

1    of people who may be interested in your

2    products.

3  BY MR. MISHRA:

4        Q.   Is it common to hashtag names of

5  ingredients on a product page that the product

6  doesn't contain, in your experience?

7        A.   I've never done a survey to find

8  out.

9        Q.   Just in your experience as an

10  Instagram expert, is it common to hashtag names

11  of ingredients on a product page, even though

12  the product doesn't contain that ingredient?

13        A.   I don't know.  I've never -- I've

14  never looked to see.  When I use Instagram, I'm

15  typically looking at landscape photographers.

16  I'm not looking at nutritional suppliers.  So I

17  don't know what the -- what is normal.

18           MR. BRANSON:  Let me know when

19      there's a good time to break here.

20           MR. MISHRA:  I think now is good.  I

21      understand that we normally take a lunch

22      break, but I don't have too much more.  So

23      if you could give me about ten minutes to

24      just refine, and then hopefully we can end

25      it after -- after that break.

CONFIDENTIAL TRANSCRIPT

```
 1              MR. BRANSON:  Okay.  If you don't
 2      mind, can we take 20 because I got to take a
 3      call real quick?  Is that okay?
 4              MR. MISHRA:  It will help me refine
 5      more.  So that's fine.
 6              VIDEOTAPE TECHNICIAN:  Going off the
 7      record at 11:32 a.m.
 8                      -   -   -
 9              (Whereupon, a recess was held.)
10                      -   -   -
11              VIDEOTAPE TECHNICIAN:  We are back
12      on the record.  The time is 11:56 a.m.
13   BY MR. MISHRA:
14      Q.   Mr. Kent, I'm going to share the --
15   your expert report again, which is Exhibit 1 to
16   this deposition.  I wanted to go to the picture
17   on page 34 of your report.
18              Do you see the screenshot on page
19   34?
20      A.   Yes.
21      Q.   What is this the screenshot of?
22      A.   The creatine hashtag page.
23      Q.   And do you have any understanding of
24   what this Amino Energy product is right here on
25   this page?
```

CONFIDENTIAL TRANSCRIPT

1            C E R T I F I C A T E

2

3

          I do hereby certify that I am a Notary
4    Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
5    notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell the
6    truth, the whole truth, and nothing but the
     truth; that the testimony of said deponent was
7    correctly recorded in machine shorthand by me
     and thereafter transcribed under my supervision
8    with computer-aided transcription; that the
     deposition is a true and correct record of the
9    testimony given by the witness; and that I am
     neither of counsel nor kin to any party in said
10   action, nor interested in the outcome thereof.

11        WITNESS my hand and official seal this
     18th day of July, 2021.

12

13

14        _____
          Deborah L.  Williams, CCR, CLR
15        Notary Public

16

17

18

19

20

21

22

23

24

25