UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-1882 JGB (SHKx)** | Date | April 26, 2022 |
| Title | *Monster Energy Co. v. Vital Pharmaceuticals, Inc., et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) SETTING Trial Date and Final Pretrial Conference Date (IN CHAMBERS)

On April 4, 2022, the Court ordered Plaintiff Monster Energy Company and Defendants Vital Pharmaceuticals, Inc. and John H. Owoc to meet and confer and file a proposed trial schedule. (Dkt. No. 730.) On April 22, 2022, the parties filed their response to this order. ("Joint Submission," Dkt. No. 741.) After considering the Joint Submission, the Court ORDERS the following:

1. The Final Pretrial Conference will be held on Monday, July 18, 2022 at 11:00 a.m.

2. Trial will begin on Tuesday, August 9, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**