# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV18-1882-JGB(SHKx) |
| Title: | Monster Energy Company v. Vital Pharmaceuticals, Inc., et al. |
| Date | September 27, 2022 |

Present: The Honorable **Jesus G. Bernal, U.S. District Judge**

| Noe U. Ponce / Tanisha Carrillo | Myra Ponce A.M. / Miriam Baird A.M. & P.M. |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Moez M. Kaba | David P. Muth |
| John C. Hueston | Matthew J. Duchemin |
| Allison L. Libeu | Brittany Ogden |
| Justin Greer | Lucy Dollens |
| Sara Haji | Nolan Mitchell |
| Michael Todisko | Jonathan Labukas |
| Lauren Johnson | |

_____ Day Court Trial          20th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   _____ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is   _____ granted.   _____ denied.   _____ submitted.
X Case continued to   9/28/2022 at 9:00 a.m.,   for further trial/further jury deliberation.

                                                                                    5  :  30
                                                            Initials of Deputy Clerk    NP