REDACTED

**FILED**
CLERK, U.S. DISTRICT COURT

09/29/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_NP\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

# JURY NOTE • NUMBER  6

Case No. EDCV18-01882-JGB(SHKx)

Title:  Monster Energy Company v. Vital Pharmaceuticals, Inc. Et al.

==================================================================

☒ The Jury has reached a unanimous verdict.

☐ Other:

Dated this  29  day of  Sept , 2022.

Time:  2 : 48  am/**pm**

Foreperson of the Jury

Court's Response: