1  LAW OFFICES OF OLAF J. MULLER
   Olaf J. Muller, State Bar Number 247372
2  olaf@olafmullerlaw.com
   939 S. Broadway, Suite 805
3  Los Angeles, CA 90015
   Telephone: (424) 999-4747
4  Facsimile: (424) 378-6331

5  VITAL PHARMACEUTICALS, INC.
   Francis Massabki (*admitted pro hac vice*)
6  frank.massabki@bangenergy.com
   1600 North Park Drive
7  Weston, FL 33326
   Telephone: (954) 641-0570
8  Facsimile: (954) 389-6254

9  QUARLES & BRADY LLP
   Daniel M. Janssen (*admitted pro hac vice*)
10 daniel.janssen@quarles.com
   David P. Muth (*admitted pro hac vice*)
11 david.muth@quarles.com
   411 E. Wisconsin Ave., Suite 2400
12 Milwaukee, WI 53202
   Telephone: (414) 277-5495
13 Facsimile: (414) 978-8942

14 Attorneys for Defendants
   VITAL PHARMACEUTICALS, INC., D/B/A VPX SPORTS
15 AND JOHN H. OWOC, A.K.A. JACK OWOC

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation; and JOHN H. OWOC a.k.a. JACK OWOC, an individual<br><br>　　　　　　　　Defendants. | CASE NO. 5:18-cv-01882-JGB-SHK<br><br>**VITAL PHARMACEUTICALS, INC.'S SUGGESTION OF BANKRUPTCY**<br><br>Date: October 31, 2022<br>Time: 9:00 a.m.<br>Courtroom: 1<br><br>Trial: August 9, 2022 |

## SUGGESTION OF BANKRUPTCY

Defendant, Vital Pharmaceuticals, Inc., by and through undersigned counsel, would show unto this Court as follows:

1. On October 10, 2022 (the "Petition Date"), Vital Pharmaceuticals, Inc. (the "Debtor") filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, under Case No. 22-17842-PDR.

2. By virtue of the bankruptcy filing, all of the Debtor's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

3. Pursuant to § 362 of Title 11 of the United States Code, an automatic stay is in effect which enjoins, *inter alia,* continued prosecution of the above captioned case against the Debtor, including collection of any pre-existing judgment.

4. The bankruptcy proceeding has not been dismissed.

5. The filing of this Suggestion of Bankruptcy is not intended to be a general appearance in this action for the Defendant.

**DATED** this 11th day of October, 2022.

QUARLES & BRADY LLP

By: */s/ David Muth*
David Muth

*Attorneys for Defendants Vital Pharmaceuticals, Inc. and John H. Owoc*