Name _Nolan J. Mitchell_

Address _2020 K Street, Suite 400_

City, State, Zip _Washington, D.C. 20006_

Phone _(202) 780-2644_

Fax _(202) 372-9599_

E-Mail _nolan.mitchell@quarles.com_

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monster Energy Company <br><br> PLAINTIFF(S), <br><br> v. <br><br> Vital Pharmaceuticals, Inc.; John H. Owoc <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:18-cv-01882-JGB-SHK <br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ Vital Pharmaceuticals, Inc. _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Granting Permanent Injunction as to
Defendants (Dkt. No. 964)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____04/12/2023____ . Entered on the docket in this action on 04/12/2023 _____ .

A copy of said judgment or order is attached hereto.

_5/10/2023_____          /s/ Nolan J. Mitchell_____
Date                                          Signature
                                              ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).