John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Allison L. Libeu, State Bar No. 244487
alibeu@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Daniel M. Janssen (admitted pro hac vice)
daniel.janssen@quarles.com
David P. Muth (admitted pro hac vice)
david.muth@quarles.com
QUARLES & BRADY LLP
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Telephone: (414) 277-5495
Facsimile: (414) 978-8942

Attorneys for Defendant
VITAL PHARMACEUTICALS, INC.,
 D/B/A VPX SPORTS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation; and JOHN H. OWOC a.k.a. JACK OWOC, an individual,<br><br>Defendants. | Case No. 5:18-cv-1882-JGB-SHK<br><br>**JOINT STATEMENT OF PLAINTIFF MONSTER ENERGY COMPANY AND DEFENDANT VITAL PHARMAECUTICALS, INC. IN RESPONSE TO THE COURT'S AUGUST 1, 2023 ORDER [Dkt. No. 998]**<br><br>Judge:  Hon. Jesus G. Bernal |

Plaintiff Monster Energy Company ("Monster") and Defendant Vital Pharmaceuticals, Inc. ("VPX") submit this joint statement in response to the Court's August 1, 2023 Order inquiring whether the parties intend to withdraw their respective pending motions. For the reasons set forth below, Monster and VPX do not intend to withdraw the pending motions.

On July 31, 2023, a Monster affiliate completed the purchase of substantially all of VPX's assets. Notwithstanding the asset sale, VPX's chapter 11 case remains pending. VPX and its affiliated debtors (the "Debtors") intend to submit to the Bankruptcy Court a plan of liquidation that, if confirmed, will provide for distribution of the Debtors' remaining assets, including to creditors such as Monster.

Pursuant to the parties' agreement and order of the Bankruptcy Court approving same, Monster has an allowed general unsecured claim in VPX's bankruptcy case in amount to be determined based on this Court's rulings on the pending motions. Thus, resolution of the pending motions is necessary to fix the monetary amount of Monster's claim as a creditor in VPX's chapter 11 case. Resolution of the pending motions is also necessary because Monster has independent claims against Defendant John H. Owoc, which are not resolved by the agreement between VPX and Monster.

For the foregoing reasons, Monster and VPX respectfully request that the Court rule on the pending motions and enter final judgment in the matter.

Dated: August 7, 2023                    HUESTON HENNIGAN LLP

By: _____
Allison L. Libeu
Attorneys for Plaintiff Monster Energy Company

1  Dated: August 7, 2023                    QUARLES & BRADY LLP

                                            By:  /s/ David P. Muth
                                                 David P. Muth
                                                 Attorneys for Defendant Vital
                                                 Pharmaceuticals, Inc.