THE BOESCH LAW GROUP
JEFFREY JENSEN (SBN 262710)
2917 Santa Monica Boulevard
Santa Monica, California 90404
Telephone: (310) 578-7880
Facsimile: (424) 307-5726
jjensen@pboesch.com

Attorney for Defendant
JOHN H. OWOC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation; and JOHN H. OWOC a.k.a. JACK OWOC, an individual,<br><br>Defendants. | CASE NO. 5:18-cv-1882-JGB-SHK<br><br>Hon. Jesus G. Bernal<br><br>**DEFENDANT JOHN H. OWOC'S APPLICATION TO FILE UNDER SEAL**<br><br>*[Filed concurrently with Defendant John H. Owoc's Supplemental Opposition to Plaintiff Monster Energy Company's Post-Verdict Motion for Equitable Relief, Fees, and Costs; Declaration of Jeffrey Jensen re Application to Seal; [Proposed] Order on Application to Seal]* |

**DEFENDANT JOHN H. OWOC'S APPLICATION TO FILE UNDER SEAL**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Under Local Rule 79-5.2.2(b), Defendant John H. Owoc ("Defendant") respectfully requests the Court to file the following document under seal:

1. Defendant John H. Owoc's Supplemental Opposition to Plaintiff Monster Energy Company's Post-Verdict Motion for Equitable Relief, Fees, and Costs (the "Opposition").

Contemporaneously with this Application, Defendant has submitted a redacted and unredacted version of the Opposition, in accordance with Local Rule 79-5.2.2.

Dated: September 13, 2023                THE BOESCH LAW GROUP


                                         By:_____/s/_____
                                            JEFFREY JENSEN
                                            Attorney for Defendant JOHN H. OWOC

**DEFENDANT JOHN H. OWOC'S APPLICATION TO FILE UNDER SEAL**